Brandon J. Mark, USB #10439
Gregory H. Gunn, USB #15610
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
Email:  BMark@parsonsbehle.com
	DNeilson@parsonsbehle.com
	GGunn@parsonsbehle.com
	ecf@parsonsbehle.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HOLLY McCLURE, Individually and as a Parents and Natural Guardian of T.M. and M.M., MARK McCLURE, Individually and as a Parent and Natural Guardian of T.M. and M.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD SAUNDERS, in his Official Capacity as Executive Director of Utah Department of Health; SUMMIT COUNTY BOARD OF HEALTH; RICHARD BULLOUGH, in his Official Capacity as Health Director of Summit County Health Department; CHRIS CHERNIAK, in his Official Capacity as Chair of Summit County Health Department; DR. SYDNEE DICKSON, in her Official Capacity as State Superintendent of Public Education; PARK CITY SCHOOL DISTRICT; PARK CITY SCHOOL DISTRICT; DR. JILL GILDEA, in her Official Capacity as Superintendent of Park City School District; PARK CITY SCHOOL DISTRICT BOARD; and ANNE PETERS, ANDREW CAPLAN, WENDY CROSSLAND, KARA HENDRICKSON and ERIN GRADY, in their Official Capacities as members of Park City School District Board,<br><br>Defendants. | **DECLARATION OF DR. MATTHEW PETTENGILL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:21-cv-00148-CMR<br><br>Magistrate Judge Cecilia M. Romero |

I, Dr. Matthew Pettengill, state as follows:

1. I am over the age of eighteen, and I can and do testify competently based on personal knowledge of the following facts.

2. Attached hereto as Exhibit 1 is my curriculum vitae.

3. I am currently an assistant professor in the Department of Pathology, Anatomy, and Cell Biology at Thomas Jefferson University in Philadelphia, Pennsylvania, and the director of the TJUH Clinical Microbiology Laboratory.

4. I hold a Ph.D. in Quantitative and Systems Biology - Cellular Microbiology from the University of California.

5. I completed a post-doctoral fellowship in infectious diseases at Boston Children's Hospital, Harvard Medical School.

6. I also completed a fellowship in clinical and public health microbiology at the University of Rochester.

7. I am a diplomate of the American Board of Medical Microbiology (ABMM)

8. During my career I have authored and co-authored dozens of peer-reviewed publications relating to a wide variety of topics from immunology, infectious diseases, microbiology, and diagnostic testing.

9. In late 2020, I co-authored an article with Alexander McAdam, titled "Can We Test Our Way Out of the COVID-19 Pandemic?," which was published in the Journal of Clinical Microbiology in November 2020. (Exhibit 2: Pettengill MA, McAdam AJ. 2020. *Can we test our way out of the COVID-19 pandemic?*, J Clin Microbiol 58:e02225-20, https://doi.org/10.1128/JCM.02225-20 ("Pettengill-McAdam Paper".)

10. Dr. McAdam is the Vice Chair of the Department of Laboratory Medicine Medical Director, Infectious Diseases Diagnostic Division, at the Children's Hospital of Boston, and an Associate Professor of Pathology at Harvard Medical School.

11. Summarized below are pertinent points from our article, and additionally several updates from more recent studies of rapid SARS-CoV-2 / COVID-19 test performance, including in school aged children. Sources for these claims can be found in our original paper listed above, or as specifically cited in this declaration.

12. Frequent, low-cost, universal testing for severe acute respiratory syndrome coronavirus 2 ("SARS-CoV-2"), including with quarantine of those with a positive result, has been suggested as a strategy to address the coronavirus disease 2019 ("COVID-19") pandemic in the United States.

13. There are, however, several potential challenges or problems with this strategy, including the consequences of incorrect test results, difficulties with adherence to testing, and the questionable accuracy of such tests for detection of infectious people. High-quality outcome data demonstrating the efficacy of this testing strategy are needed before widespread implementation. Accordingly, it is premature to strongly advocate for such a testing strategy, as the adverse consequences and costs may outweigh any benefits.

14. During the summer of 2020, more than 600,000 SARS-CoV-2 tests were performed per day in the United States, and the United States had the 2nd highest per-capita rate of testing in the world among the countries for which data are available (https:// coronavirus.jhu.edu/testing/international-comparison, accessed 20 August 2020)—and the highest number of positive results and deaths.

15. Many countries have dramatically reduced community spread of COVID-19 without the scale of per-capita testing currently available in the United States. For example, during the summer Canada had less than half of the U.S. per-capita testing capacity and dramatically lower

per-capita rates of transmission (*see* the Johns Hopkins database cited above). Large-scale testing does not appear to have been the key to successful transmission control in other countries.

16. Most of the rapid SARS-CoV-2 / COVID-19 tests currently available are antigen-based tests. Available studies have found that most SARS-CoV-2 antigen tests to have relatively high specificities, generally in the range of 99 to 99.9%, meaning that 0.1% to 1.0% of all tests on patients who do not have COVID-19 will test falsely positive. When prevalence is low, however, this can still lead to a high percentage of positive test results that are falsely positive, meaning the test will have a low positive predictive value or low confidence in positive results.

17. One large study evaluated one of the better performing rapid antigen tests (Abbott BinaxNow) in a large number of children (Pollock and Smole paper, attached as Exhibit 3) during a period of high prevalence. The test performed relatively well for the manufacturer indicated test population (symptomatic patients within 7 days of symptom onset, sensitivity 96.5% and specificity of 100% for adults), but markedly less well for asymptomatic children <18 years of age (sensitivity 65.4% and specificity of 99.0% relative to PCR among 829 such patients tested).

18. According to data acquired from Johns Hopkins University (https://bao.arcgis.com/covid-19/jhu/county/49043.html, accessed 5 March 2021), Summit County (population ~40K), Utah, reported an average of 9.5 newly diagnosed cases of SARS-CoV-2 / COVID-19 infections per day for the period from February 19 through March 4 2021. Using an average period of infectiousness of 7 days this would predict that on average during that time period the prevalence of documented active and likely transmissible SARS-CoV-2 of approximately 70 individuals per day. This is likely to underestimate true cases (due to some cases not being diagnosed), but it indicates that it is highly unlikely that true prevalence exceeds 0.5% of the

5

county population. If true prevalence is less than 1%, and the specificity of the test utilized is 99% (as in the Pollock and Smole paper for asymptomatic children (Exhibit 3)), the majority of positive results in this population will be falsely positive.

19. Frequent rapid antigen-based testing for SARS-CoV-2 / COVID-19 has been utilized in the United Kingdom (UK) for school aged children starting in January 2021, primarily using a specific test (Innova) that has a specificity that has been estimated at approximately 99.7-99.9% meaning that even without any true cases you would expect 0.1-0.3% of tests to be positive (falsely positive). Data publicly available (https://www.gov.uk/government/publications/nhs-test-and-trace-england-statistics-11-february-to-17-february-2021, accessed 5 March 2021) for the UK indicate that since widespread use was initiated in January 2021, the positivity rate for children in primary school (elementary) has been in the range of 0.18 to 0.23%, and for children in secondary school (high school) positivity has been in the range of 0.07 to 0.32%. If the estimated specificity from the manufacturer and other studies are accurate, the vast majority of positive results in these school aged children are likely to be falsely positive.

20. One argument advanced in favor of frequent use of rapid tests is that the insensitivity of some of these tests, primarily antigen tests, is acceptable because the tests still detect people who have high levels of virus and are therefore infectious. This raises two issues.

21. First, the data addressing this are limited, but one antigen test was recently found to detect only 82% of nasopharyngeal samples with threshold cycle (CT) values below 25 in a group of well-validated NAATs for SARS-CoV-2. These low CT values indicate that high levels of viral RNA were present, and so this antigen test does not reliably detect samples that are likely to contain high levels of SARS-CoV-2 (study cited in Pettengill-McAdam Paper).

6

22. Although samples with lower CT values are more likely to contain SARS-CoV-2 that can be detected in viral culture, there are no data linking the CT value or viral quantity to transmissibility, and it is possible that viral culture may be an insensitive indicator of the potential of an infected person to transmit SARS-CoV-2.

23. Furthermore, there is no clear separation between samples that are infectious or not for viral culture using the CT value, as there is significant overlap in the CT values of samples that are positive and negative in viral culture. Certainly people who have high levels of SARS-CoV-2 in their respiratory secretions are more likely to be infectious than those with low levels of virus, but that does not mean that rapid antigen based SARS-CoV-2 / COVID-19 tests can reliably detect whether someone is likely to be infectious.

24. A recent study demonstrated that even a better performing rapid antigen based test require a viral burden of approximately 40,000 copies/mL (Perchetti and Greninger paper, attached as Exhibit 4) to be reliably positive.

25. An additional study recently demonstrated further that specimens with low levels of virus – below the limit of detection of rapid antigen based tests – can still contain replicative virus (culture positivity, Folgueira and Delgado paper, attached as Exhibit 5), indicating that rapid antigen based tests are not necessarily a good test of infectiousness, with the potential for meaningful number false negative results.

26. Until those considering widely used rapid antigen based SARS-CoV-2 / COVID-19 testing strategies to demonstrate utility in a non-confounded real-world trial there is insufficient evidence to know that this will be an effective public health and safety measure, due to the potential for a low number of false negative results in infectious cases and high percentage of positive results

7

being falsely positive at low disease prevalence.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

Executed this 8th of March 2021.

_____
DR. MATTHEW PETTENGILL

PBL\4814-2600-9310.v2-3/3/21