EXHIBIT 1

**Curriculum Vitae**
Date: 21Aug2020
Matthew Pettengill PhD, D (ABMM)
Home Address: 1725 Terwood Road, Huntingdon Valley, PA, 19006

Office Address: 117 S. 11th St., Pavilion bldg., suite 207
Thomas Jefferson University Hospital
Philadelphia, PA 19107 215.955.8726
Matthew.pettengill@jefferson.edu

**Education:** BS, 2003, University of Tennessee, Chattanooga (Engineering); PhD, 2010, University of California, Merced (Quantitative and Systems Biology: Cellular Microbiology)

**Postgraduate Training and Fellowship Appointments:** 2010-2015 Postdoctoral Fellow, Boston Children's Hospital, Harvard Medical School, Infectious Diseases, 2015-2017 CPEP Postdoctoral Fellow, University of Rochester, Medical Microbiology.

**Military Service:** none

**Faculty Appointments:** Assistant Professor, Thomas Jefferson University

**Hospital and Administrative Appointments:** Medical Staff, Thomas Jefferson University Hospital and Methodist Hospital

**Specialty Certification:** 2017, Diplomate, American Board of Medical Microbiology

**Awards, Honors and Membership in Honorary Societies:** 2007-2008 Teaching assistant of the year, University of California, Merced. Peggy Cotter Travel Award (ASM Microbe, 2019).

**Memberships in Professional and Scientific Societies:**
National Societies: American Society for Microbiology (ASM) 2006-present
Local Societies: Eastern Pennsylvania Branch of ASM 2017-present

**National Scientific Committees:** American Society for Microbiology Professional Development Subcommittee (3 year term starting July 2019, will become chair of this committee in July 2021), chair of ASM PDS Virtual Journal Club subgroup (1 year term through Dec 2020), American Board of Medical Microbiology (ABMM) Exam Validation Committee (2 year term Jan. 2018-Dec 2019).

**Professional and Scientific Committees:** Eastern Pennsylvania Branch of ASM Symposia Committee (2018 to present), Co-chair of same 2019 to present

**Editorial Positions:** Editorial Board Member, Journal of Clinical Microbiology (3 year term starting January 2019), reviewer for several peer-reviewed journals (Journal of Clinical Microbiology, Clinical Infectious Diseases, American Journal of Clinical Pathology, Frontiers Immunology, PLoS ONE, Microbes and Infection, Molecular Oral Microbiology, Clinics in Lab Medicine).

**Academic Committees at the Thomas Jefferson University/Jefferson Medical College and Affiliated Hospitals:** none

**Major Teaching and Clinical Responsibilities at the Thomas Jefferson University and Affiliated Hospitals:** Director, Clinical Microbiology Laboratory

**Lectures by Invitation:**
Invited Speaker, American Association for Clinical Chemistry, national webinar series on COVID-19, talks entitled "COVID-19 Testing – Where Are We Now?" (Nov 17th 2020), and participant on panel discussion entitled "A Panel Discussion on Impact of COVID-19 and Near-Future Considerations" (Nov 24th 2020).

Invited Speaker, American Society for Microbiology Clin Micro Open, May 2018, West Palm Beach, FL, USA. Presentation on Blood Culture Volume at the 2019 ASM Eastern PA branch Clinical Microbiology Symposium.

**Organizing Roles in Scientific Meetings:** none

**Bibliography**

**Publications, peer reviewed:**
**31.** "Extraction-free methods for the detection of SARS-CoV-2 by RT-PCR: a comparison with the Cepheid Xpert Xpress SARS-CoV-2 assay across two medical centers." Andrew Cameron, Nicole Pecora, **Matthew Pettengill\***, Journal of Clinical Microbiology, 2020/11/12, DOI: 10.1128/JCM.02643-20, *corresponding author
**30.** "Modern Blood Culture: Management Decisions and Method Options", Mark D Gonzalez, Timothy Chao, **Matthew A Pettengill**\*, Clinics in Laboratory Medicine, 2020/9/19, *corresponding author
**29.** "3D Printed Alternative to the Standard Synthetic Flocked Nasopharyngeal Swabs Used for COVID-19 testing", Summer J Decker, Ph.D, Todd A Goldstein, Ph.D, Jonathan M Ford, Ph.D, Michael N Teng, Ph.D, Robert S Pugliese, Pharm.D, BCPS, Gregory J Berry, Ph.D, **Matthew Pettengill**, Ph.D, Suzane Silbert, Ph.D, Todd R Hazelton, M.D., M.S, Jason W Wilson, M.D., M.A, Kristy Shine, M.D., Ph.D, Zi-Xuan Wang, Ph.D., MBA, Morgan Hutchinson, M.D, Joseph Castagnaro, M.S, Ona E Bloom, Ph.D, Dwayne A Breining, M.D, Barbara M Goldsmith, Ph.D, John T Sinnott, M.D, Donna Gentile O'Donnell, Ph.D, James M Crawford, MD, Ph.D, Charles J Lockwood,

M.D., M.H.C.M, Kami Kim, M.D, <u>Clinical Infectious Diseases</u>, DOI ciaa1366, 10 Sep 2020.

**28.** "Can We Test Our Way Out of the COVID-19 Pandemic?", **Matthew A Pettengill**\*, Alexander J McAdam, Journal of Clinical Microbiology, 25 Aug 2020, \*corresponding author

**27.** "Commercial SARS-CoV-2 Molecular Assays: Superior Analytical Sensitivity of cobas SARS-CoV-2 Relative to NxTAG Cov Extended Panel and ID NOW COVID-19 Test", Run Jin, **Matthew A Pettengill**, Nicole L Hartnett, Herbert E Auerbach, Stephen C Peiper, Zixuan Wang, Archives of Pathology & Laboratory Medicine, 10July 2020,

**26.** "Hindsight Is 2019—the Year in Clinical Microbiology" (Review), **MA Pettengill**\*, Clinical Microbiology Newsletter, May 2020. \*corresponding author

**25.** "Oral flora meningoencephalitis diagnosis by next-generation DNA sequencing", Eric Heintz\*, **Matthew A. Pettengill**\*, Mohamed Azhar Gangat, Dwight J. Hardy, William Bonnez, Mohammed Mahdee Sobhanie, \*co-corresponding authors, <u>Access Microbiology</u>, Volume 1, Issue 9, 2019.

**24.** "Cyclic AMP in human preterm infant blood is associated with increased TLR-mediated production of acute-phase and anti-inflammatory cytokines in vitro", Tobias Strunk, Simon D van Haren, Julie Hibbert, **Matthew Pettengill**, Al Ozonoff, Jop Jans, Simone S Schüller, David Burgner, Ofer Levy, Andrew J Currie, <u>Pediatric Research</u>, October 2019 doi:10.1038/s41390-019-0586-2.

**23.** "Dynamic molecular changes during the first week of human life follow a robust developmental trajectory" by Amy Lee, Casey Shannon, Nelly Amenyogbe, Tue Bennike, Joann Diray-Arce, Olubukola Idoko, Erin Gill, Rym Ben-Othman, William Pomat, Simon van Haren, Kim-Anh Le Cao, Momoudou Cox, Alansana Darboe, Reza Falsafi, Davide Ferrari, Daniel Harberson, Daniel He, Cai Bing, Samuel Hinshaw, Jorjoh Ndure, Jainaba Njie-Jobe, **Matthew Pettengill**, Peter Richmond, Rebecca Ford, Gerard Saleu, Geraldine Masiria, John Paul Matlam, Wendy Kirarock, Elishia Roberts, Mehrnoush Malek, Guzman Sanchez-Schmitz, Amrit Singh, Asimenia Angelidou, Kinga Smolen, the EPIC, Ryan Brinkman, Al Ozonoff, Robert Hancock, Anita van den Biggelaar, Hanno Steen, Scott Tebbutt, Beate Kampmann, Ofer Levy, and Tobias Kollmann. <u>Nature Communications</u>, volume 10, Article number: 1092, 12 March 2019.

**22.** "Probable Donor-derived Human Adenovirus type 34 Infection in Two Kidney Transplant Recipients from the Same Donor", **Matthew A Pettengill**, Tara M Babu Paritosh Prasad, Sally Chuang, Michael G Drage, Marilyn Menegus, Daryl M Lamson, Xiaoyan Lu, Dean Erdman, Nicole Pecora, <u>Open Forum Infectious Diseases</u>, Volume 6, Issue 3, March 2019, ofy354.

**21**. "Antimicrobial peptide LL-37 and recombinant human mannose-binding lectin express distinct age-and pathogen-specific antimicrobial activity in human newborn cord blood in vitro" Annette Scheid, Ning Li, Carleen Jeffers, Francesco Borriello, Sweta Joshi, Al Ozonoff, **Matthew Pettengill**, Ofer Levy, <u>F1000Research</u>, May **2018**

**20**. "Adjuvant effect of Bacille-Calmette Guérin (BCG) on Hepatitis B vaccine immunogenicity in the preterm and term newborn" Annette Scheid, Francesco Borriello, Carlo Pietrasanta, Helen Christou, Joann Diray-Arce, **Matthew A Pettengill**, Sweta

Joshi, Ning Li, Ilana Bergelson, Tobias Kollmann, David J Dowling, Ofer Levy, <u>Frontiers in Immunology</u>, vol 9, **2018**.

**19**. "Human alkaline phosphatase dephosphorylates microbial products and is elevated in preterm neonates with a history of late-onset sepsis" **M Pettengill**, JD Matute, M Tresenriter, J Hibbert, D Burgner, P Richmond, José Luis Millán, Al Ozonoff, Tobias Strunk, Andrew Currie, Ofer Levy, <u>PloS One</u> 12 (4), e0175936 **2017**

**18**. "Human newborn B cells mount an IFNAR-dependent humoral response to RSV" Jop Jans; **Matthew Pettengill**; Dhohyung Kim; Cas van der Made; Ronald de Groot; Stefanie Henriet; Marien de Jonge; Gerben Ferwerda; Ofer Levy, <u>Journal of Allergy and Clinical Immunology</u>, manuscript JACI-D-16-00533R3 **2017**.

**17**. "Danger Signals, Inflammasomes, and the Intricate Intracellular Lives of Chlamydiae", **Matthew A Pettengill**\*, Ali Abdul Sater\*, Robson Coutinho-Silva, David M Ojcius \*co-first authors, <u>Biomedical Journal</u>, accepted July **2016**

**16**. "Distinct TLR-mediated Cytokine Production and Immunoglobulin Secretion in Human Newborn Naïve B Cells" **Matthew A Pettengill**\*, Simon D van Haren\*, Ning Li, David J Dowling, Ilana Bergelson, Jop Jans, Gerben Ferwerda, Ofer Levy. <u>Innate Immunity</u> 1753425916651985 \*co-first authors June, **2016**

**15**. "Adjuvant-induced human monocyte secretome profiles reveal adjuvant-and age-specific protein signatures" Djin-Ye Oh, David J Dowling, Saima Ahmed, Hyungwon Choi, Spencer Brightman, Ilana Bergelson, Sebastian T Berger, John F Sauld, **Matthew Pettengill**, Alvin T Kho, Henry J Pollack, Hanno Steen, Ofer Levy. <u>Molecular & Cellular Proteomics</u> 15 (6), 1877-1894, June **2016**

**14**. "Circulating Human Neonatal Naïve B cells are Deficient in cD73 Impairing Purine Salvage" **Pettengill MA**, Levy O. <u>Frontiers in Immunology</u>, 7: 121; March **2016**

**13**. "Staphylococcus epidermidis Bacteremia Induces Brain Injury in Neonatal Mice via Toll-like Receptor 2-Dependent and -Independent Pathways." Bi D, Qiao L, Bergelson I, Ek CJ, Duan L, Zhang X, Albertsson AM, **Pettengill M**, Kronforst K, Ninkovic J, Goldmann D, Janzon A, Hagberg H, Wang X, Mallard C, Levy O. <u>Journal of Infectious Diseases</u>. Apr **2015**

**12**. "Soluble mediators regulating immunity in early life" **Pettengill MA**\*, van Haren SD\*, Levy O. <u>Frontiers in Immunology</u>, \*co-first authors, September **2014**

**11**. "Soluble ecto-5'-nucleotidase (5'NT), alkaline phosphatase, and adenosine deaminase (ADA1) activities in neonatal blood favor elevated extracellular adenosine." **Pettengill M**, Robson S, Tresenriter M, Millán JL, Usheva A, Bingham T, Belderbos M, Bergelson I, Burl S, Kampmann B, Gelinas L, Kollmann T, Bont L, Levy O. <u>The Journal of Biological Chemistry</u>. Jul 29 **2013**

**10**. "Reversible Inhibition of Chlamydia trachomatis Infection in Epithelial Cells Due to Stimulation of P2X4 Receptors." **Pettengill MA**, Marques-da-Silva C, Avila ML, d'Arc Dos Santos Oliveira S, Lam VW, Ollawa I, Abdul Sater AA, Coutinho-Silva R, Häcker G, Ojcius DM. <u>Infection and Immunity</u>. 2012 Sep 17.

**9**. "Ivermectin inhibits growth of Chlamydia trachomatis in epithelial cells." **MA Pettengill**; VW Lam; I Ollawa; C Marques-da-Silva; DM Ojcius. <u>PLoS ONE</u>, **2012**

**8**. "A Neonatal Model of Intravenous Staphylococcus epidermidis Infection in Mice <24 h Old Enables Characterization of Early Innate Immune Responses." Kronforst KD,

Mancuso CJ, **Pettengill M**, Ninkovic J, Power Coombs MR, Stevens C, Otto M, Mallard C, Wang X, Goldmann D, Levy O. <u>PLoS One</u>. 2012;7(9):e43897. **2012**

**7**. "Hypervirulent Chlamydia Trachomatis Clinical Strain is a Recombinant Between Lymphogranuloma Venereum (L(2)) and D lineages." Somboonna N, Wan R, Ojcius DM, **Pettengill MA**, Joseph SJ, Chang A, Hsu R, Read TD, Dean D. <u>Mbio</u> (American Society of Microbiology); 2(3):e00045-11, May **2011**

**6**. "Enhancement of Reactive Oxygen Species Production and Chlamydial Infection by the Mitochondrial Nod-like Family Member NLRX1." A Abdul Sater, N Said-Sadier, VM Lam, B Singh, **MA Pettengill**, F Soares, I Tattoli, S Lipinski, SE Girardin, P Rosenstiel, DM Ojcius. <u>The Journal of Biological Chemistry</u>, 285(53):41637-45 December **2010**

**5**. "The Danger Signal Adenosine Induces Persistence of Chlamydial Infection through Stimulation of A2b Receptors." **Matthew Pettengill**, Verissa Lam, David M. Ojcius. <u>PLoS ONE</u>, Volume 4, Issue 12, e8299, December **2009**

**4**. "ATP-dependent Activation of an Inflammasome in Primary Gingival Epithelial Cells Infected by Porphyromonas gingivalis." Özlem Yilmaz, A. Abdul Sater, Luyu Yao, Theofilos Koutouzis, **Matthew Pettengill**, and David M. Ojcius. <u>Cellular Microbiology</u>, 6; doi: 10.1111/j.1462-5822.2009.01390.x Oct **2009**

**3**. "Premature Apoptosis of Chlamydia-Infected Cells Disrupts Chlamydial Development." Songmin Ying, **Matthew Pettengill**, E. Ray Latham, Axel Welch, David M. Ojcius, and Georg Häcker. <u>The Journal of Infectious Diseases</u>, 198:1536-44 15 November **2008**

**2**. "Host-Cell Survival and Death During Chlamydia Infection" Songmin Ying, **Matthew Pettengill**, David M. Ojcius, and Georg Häcker. <u>Current Immunology Reviews</u>; 3(1): 31-40 (Review), **2007**

**1**. "Characterization of Host Cell Death Induced by Chlamydia trachomatis." Songmin Ying, Silke F. Fischer, **Matthew Pettengill**, Debye Conte, Stefan A. Paschen, David M. Ojcius, and Georg Häcker. <u>Infection and Immunity</u>, p. 6057-6066, Vol. 74, No. 11, November **2006**

**Publications, non-peer reviewed:**

1. "Laboratory Evaluation of Infections In Obstetrics". Kristen Smith, Ph.D., **Matthew Pettengill**, Ph.D., Dwight J. Hardy, Ph.D. periFACTS OB/BYN Academy, online continuing education. Accepted Apr. 2017 for publication Sep. 2017.

**Abstracts (selected poster abstracts and meeting presentations):**

5. "Case Report: Severe Community-Acquired Human Adenovirus 7 Infection in a Mother and Son." William Bradford, Kumar Priyank, Devin Weber, **Matthew Pettengill**, Infectious Diseases Society of America (IDSA) ID Week, 2019. Published in *Open Forum Infectious Diseases*.

4. "Increased Diagnosis of Varicella-Zoster Virus Infection of the Central Nervous System With the BioFire FilmArray Meningitis/Encephalitis Panel" Lynette Chen,

**Matthew Pettengill**, Bryan Hess, Joseph DeSimone Jr., Infectious Diseases Society of America (IDSA) ID Week, 2018. Published in *Open Forum Infectious Diseases*.
3. "Wright-Giemsa as an Adjunctive Stain for Instrument-flag Positive, Gram Stain Negative, Blood Culture Bottle Evaluation" **M. Pettengill**, M. Menegus, D. Hardy. ASM Microbe 2017, New Orleans, USA.
2. "Characterization of Neonatal and Adult Circulating Leukocyte CD39 and CD73 Expression" **M. Pettengill**, D. Kim, S. Robson, and O. Levy. Keystone Symposia, B Cell Development and Function, Keystone, CO, 2013.
1. "The danger signal adenosine induces persistence of chlamydial infection through stimulation of A2b receptors on epithelial cells" **Matthew Pettengill**, Verissa Lam, and David Ojcius. Midwinter Conference of Immunologists, Pacific Grove, CA, Jan. 2010.

**Books:** Book Chapter: "Inflammasomes and Danger Signals in the Immune System" Hsin-Chih Lai, Mufadhal Al-Kuhlani, **Matthew A. Pettengill**, David M. Ojcius. *Reference Module in Biomedical Sciences*, Elsevier, **2013**

Current Issues in Clinical Microbiology, Clinics in Laboratory Medicine 40 (4), **2020**, Editors Nicole D. Pecora and **Matthew A. Pettengill.** Introduction titled: "2020: A Year for Clinical Microbiology"

**Alternative Media:** Chair of the American Society for Microbiology professional Development Subcommittee Clinical Microbiology Virtual Journal Club sub-group – we host monthly live-streamed video journal club presentations on research papers in the field of clinical microbiology that are attended by dozens of lab directors (including international representatives). Contributing editor for ASM's Clinical Microbiology website, articles include "It's Flu Season Somewhere: How Clinical Labs Can Approach Influenza Diagnostic Testing" (Nov 2019), "Multiplex Target Testing: Should We Be More Specific about Specificity?" (Nov. 2018), "Patients are a virtue: Outcomes as the Measure of Diagnostic Test Utility" (Apr. 2017), and "When a little bit of blood won't do: detecting bacteremia" (Jul. 2017).

**Other Peer-Reviewed Scholarships Not Listed Above:** none

**Community Service:** none

**Support:** none

**Patents:** none