EXHIBIT 3

**JCM Accepted Manuscript Posted Online 23 February 2021**
**J Clin Microbiol doi:10.1128/JCM.00083-21**
**Copyright © 2021 American Society for Microbiology. All Rights Reserved.**

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

1    Performance and Implementation Evaluation of the Abbott BinaxNOW Rapid Antigen Test in a

2    High-throughput Drive-through Community Testing Site in Massachusetts

3

4

5    Nira R. Pollock, MD, PhD[1]; Jesica R. Jacobs, PhD[2,3]; Kristine Tran, MS[2]; Amber E. Cranston[2]; Sita

6    Smith[2]; Claire Y. O'Kane[2]; Tyler J. Roady[2]; Anne Moran, MD[4]; Alison Scarry[4]; Melissa Carroll[4];

7    Leila Volinsky[4]; Gloria Perez[4]; Pinal Patel[2], Stacey Gabriel, PhD[5]; Niall J. Lennon, PhD[5]; Lawrence

8    C. Madoff, MD[2,6]; Catherine Brown, DVM, MSc, MPH[2]; Sandra C. Smole, PhD[2]

9

10   1) Department of Laboratory Medicine, Boston Children's Hospital, Boston, MA, USA
11   2) Massachusetts Department of Public Health, Jamaica Plain, MA, USA
12   3) Laboratory Leadership Service, Centers for Disease Control and Prevention, Atlanta, GA, USA
13   4) Lawrence General Hospital, Lawrence, MA, USA
14   5) Broad Institute of MIT and Harvard, Cambridge, MA, USA
15   6) Division of Infectious Disease and Immunology, Department of Medicine, University of
16   Massachusetts Medical Center, Worcester, MA, USA
17
18

19   Key words:  COVID-19, SARS-CoV-2, diagnostic, antigen, point-of-care

20

21   Running title:  BinaxNOW performance and implementation

22

23   Manuscript word count:  3714

24

25   Corresponding authors:

26

27   Sandra Smole, PhD
28   Director, MA State Public Health Laboratory
29   Bureau of Infectious Disease and Laboratory Sciences
30   Massachusetts Department of Public Health
31   305 South Street
32   Jamaica Plain, MA 02131
33   Phone: 617-983-4362 Fax:  617-983-6211
34   Email: sandra.smole@mass.gov
35

36   Nira Pollock, M.D., Ph.D., D(ABMM)
37   Associate Medical Director, Infectious Diseases Diagnostic Laboratory, Boston Children's Hospital
38   Division of Infectious Diseases, Beth Israel Deaconess Medical Center
39   Associate Professor of Pathology and Medicine, Harvard Medical School
40   Farley Building 8th floor, Room FA828
41   300 Longwood Ave
42   Boston, MA 02115
43   Phone:  857-218-5113 Fax:  617-730-0383
44   Email: nira.pollock@childrens.harvard.edu

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

**Abstract**

**Background:** Rapid diagnostic tests (RDTs) for SARS-CoV-2 antigens (Ag) that can be performed at point-of-care (POC) can supplement molecular testing and help mitigate the COVID-19 pandemic. Deployment of an Ag RDT requires an understanding of its operational and performance characteristics under real-world conditions and in relevant subpopulations. We evaluated the Abbott BinaxNOW™ COVID-19 Ag Card in a high-throughput, drive-through, free community testing site in Massachusetts (MA) using anterior nasal (AN) swab RT-PCR for clinical testing.

**Methods:** Individuals presenting for molecular testing in two of seven lanes were offered the opportunity to also receive BinaxNOW testing. Dual AN swabs were collected from symptomatic and asymptomatic children ($\leq$ 18 years) and adults. BinaxNOW testing was performed in a testing pod with temperature/humidity monitoring. One individual performed testing and official result reporting for each test, but most tests had a second independent reading to assess inter-operator agreement. Positive BinaxNOW results were scored as faint, medium, or strong. Positive BinaxNOW results were reported to patients by phone and they were instructed to isolate pending RT-PCR results. The paired RT-PCR result was the reference for sensitivity and specificity calculations.

**Results:** Of 2482 participants, 1380 adults and 928 children had paired RT-PCR/BinaxNOW results and complete symptom data. 974/1380 (71%) adults and 829/928 (89%) children were asymptomatic. BinaxNOW had 96.5% (95% confidence interval [CI] 90.0- 99.3) sensitivity and 100% (98.6-100.0) specificity in adults within 7 days of symptoms, and 84.6% (65.1-95.6) sensitivity and 100% (94.5-100.0) specificity in children within 7 days of symptoms. Sensitivity

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

71    and specificity in asymptomatic adults were 70.2% (56.6-81.6) and 99.6% (98.9-99.9),

72    respectively, and in asymptomatic children were 65.4% (55.6-74.4) and 99.0% (98.0-99.6),

73    respectively.  By cycle threshold (Ct) value cutoff, sensitivity in all subgroups combined (n=292

74    RT-PCR-positive individuals) was 99.3% with Ct $\leq$25, 95.8% with $\leq$30, and 81.2% with $\leq$35.

75    Twelve false positive BinaxNOW results (out of 2308 tests) were observed; in all twelve, the test

76    bands were faint but otherwise normal, and were noted by both readers. One invalid BinaxNOW

77    result was identified.  Inter-operator agreement (positive versus negative BinaxNOW result) was

78    100% (n = 2230/2230 double reads).  Each operator was able to process 20 RDTs per hour. In a

79    separate set of 30 specimens (from individuals with symptoms $\leq$7 days) run at temperatures

80    below the manufacturer's recommended range (46-58.5°F), sensitivity was 66.7% and specificity

81    95.2%.

82

83    **Conclusions:**  BinaxNOW had very high specificity in both adults and children and very high

84    sensitivity in newly symptomatic adults.  Overall, 95.8% sensitivity was observed with Ct $\leq$ 30.

85    These data support public health recommendations for use of the BinaxNOW test in adults with

86    symptoms for $\leq$7 days without RT-PCR confirmation.  Excellent inter-operator agreement

87    indicates that an individual can perform and read the BinaxNOW test alone.  A skilled

88    laboratorian can perform and read 20 tests per hour.  Careful attention to temperature is critical.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Introduction**

Nucleic acid amplification tests (NAAT) for SARS-CoV-2, the etiologic agent of COVID-19, can be highly sensitive and are being performed at high volumes in centralized laboratories around the world (1, 2). Unfortunately, shortages of testing reagents and logistic barriers (e.g. sample transport) have impacted access to molecular testing and turnaround time for results. The need for decentralized testing options with short turnaround times has led to the development of rapid diagnostic tests (RDTs) for point-of-care (POC) use that detect SARS-CoV-2 nucleocapsid antigen (Ag) in as little as 15 minutes. As of December 26, 2020, there are 11 Ag RDTs with FDA Emergency Use Authorization (EUA) (3). Most of these tests can be performed by personnel without formal laboratory training in patient care settings that operate minimally under a Clinical Laboratory Improvement Amendments (CLIA) Certificate of Waiver (COW).

Reported clinical sensitivities for Ag RDTs performed at POC in individuals suspected of COVID-19 vary widely, ranging from 74% to 97% compared with RT-PCR (4-12). Reports of false negative and false positive Ag RDT results (13) have raised concerns regarding their use, although a range of settings would benefit from RDT availability (e.g. K-12 schools, nursing homes, community testing centers, and home settings). Gaps in knowledge of how Ag RDTs perform in asymptomatic individuals and children remain.

In symptomatic adults, viral loads in nasopharyngeal (NP) samples peak within the first week of symptom onset, then decrease over a variable time frame; RNA levels in asymptomatically infected adults appear to follow similar kinetics (14, 15). Ag concentrations have been shown in one study to correlate tightly with Ct values in NP samples from adults and children (16). While NP sampling remains the reference method, anterior nasal (AN) sampling substantially increases

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

114    testing access and acceptability, and a recent head-to-head study suggested that Ag RDTs

115    performed on paired NP/AN samples yielded similar results (5).

116

117    The BinaxNOW COVID-19 Ag CARD (8) has FDA EUA for AN swab samples and can provide

118    visually-read results at POC in 15 minutes.  The potential to use this test at large scale, combined

119    with the lack of data for test performance in asymptomatic adults and in children, motivated us to

120    perform an implementation and performance evaluation in a high-volume, high-prevalence

121    community testing site currently using AN swab RT-PCR for clinical testing.

122
123    **Methods:**
124
125    <u>Study population</u>

126    The study was performed between October 26-December 22, 2020 (all ages October 26-

127    November 12, 2020, and children only from December 11-22, 2020), at the Lawrence General

128    Hospital "Stop the Spread" drive-through testing site, which accommodates Massachusetts

129    residents from the surrounding area. No study-specific effort was made to recruit individuals to

130    present to the testing site. Two of seven drive-through lanes were utilized for the study. Verbal

131    consent for dual AN swabbing was obtained from adults and guardians of minors (with verbal

132    assent for ages 7-17).  Participants were informed that they would be called for positive Ag RDT

133    results only and that positive results would require isolation while waiting for the RT-PCR result.

134    Presence or absence of symptoms (sore throat, cough, chills, body aches, shortness of breath,

135    fever, runny nose, congestion, nausea, vomiting, diarrhea, loss of taste or smell) was recorded for

136    each individual, including the date of symptom onset.  Participants whose symptoms started on

137    the day of testing were classified as Day 0. The study was reviewed by the Massachusetts

138    Department of Public Health IRB and deemed not human subject research.

139

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

140 Swab collection procedure

141 Cars with consented patients were marked with a glass marker, notifying the specimen collector

142 to collect two AN swabs rather than one. Swab collection details are in Supplementary Methods;

143 in brief, collection involved swabbing both nostrils with each swab and operators alternated

144 which swab was collected first (for RT-PCR vs BinaxNOW). BinaxNOW swabs were captured

145 in an empty sterile tube and taken to the testing pod by a designated "runner." Time of sample

146 collection was recorded.

147

148 Abbott BinaxNOW performance

149 Details of kit storage, quality control, and testing and results reporting procedures are in

150 Supplementary Methods.

151

152 RT-PCR assay

153 Dry AN swabs [SteriPack Sterile Polyester Spun Swab, 3" (Lakeland, Florida)] were collected

154 per site routine and transported at room temperature to the Broad Institute for testing using the

155 CRSP SARS-CoV-2 Real-time Reverse Transcriptase (RT)-PCR Diagnostic Assay under EUA

156 (17). Details are in Supplementary Methods.

157

158 Results reporting

159 All positive BinaxNOW results were reported to individuals the same day by Massachusetts

160 Department of Public Health (DPH) epidemiologists. Participants with positive BinaxNOW

161 results were informed that the result was presumptive and that they should maintain isolation for

162 a minimum of 10 days based upon the result, but that a confirmatory result would be obtained by

163 RT-PCR and reported in 1-2 days. If the RT-PCR result was negative, they could discontinue

6

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

164    isolation. RT-PCR results were provided to the patient by the Lawrence General Hospital's

165    portal or by walk up to a designated location at the Lawrence General Hospital. RT-PCR results

166    were reported to DPH through routine electronic laboratory reporting mechanisms and

167    individuals with positive results were referred to local boards of health or the Community

168    Tracing Collaborative for instruction on isolation and contact tracing.

169

170    <u>Statistical analysis</u>

171    Sensitivity, specificity, negative predictive value (NPV), and positive predictive value (PPV) for

172    the BinaxNOW were calculated using the RT-PCR result as the reference.  95% CI were

173    calculated using the Clopper-Pearson method.  Analyses utilized Microsoft Excel and GraphPad

174    Prism.

175
176    **Results:**

177

178    Four different lots of BinaxNOW kits were used for the study.  Each operator was able to set up

179    a new test every 2-3 minutes, and two operators were able to manage testing of samples coming

180    from two drive-through lanes.  All tests were initiated within 1 hour of collection, per

181    manufacturer instructions. Temperature and humidity in the testing pod (Supplementary

182    Methods) between 7:30AM-6:00PM ranged from 33.3-75.7°F and 27.8-81.0%, respectively, in

183    the shipping container and from 67.6-81.6°F and 20.8-69.0%, respectively, in the trailer.  Tests

184    for the main study were not run until the temperature reached 59°F, per manufacturer's

185    recommendation. Data for tests performed out of the temperature range in the package insert

186    (<59°F) were analyzed separately (below).

187

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

188   Of 2482 participants [excluding samples tested at <59°F (n=94); inconclusive RT-PCR results

189   (n=26); and missing data (n=54)], 2308 had paired PCR/BinaxNOW results and complete

190   symptom data, including 829 asymptomatic children, 974 asymptomatic adults, 99 symptomatic

191   children, and 406 symptomatic adults. Symptomatic individuals were further classified as ≤7

192   days versus >7 days of symptoms. Clinical data for the study population are presented in Table 1

193   (demographics) and Supplementary Tables 1 and 2 (symptoms).

194

195   <u>BinaxNOW performance in adults and children (≤18)</u>

196   Sensitivity, specificity, positive predictive value (PPV) and negative predictive value (NPV)

197   calculations for BinaxNOW results versus RT-PCR results as the reference, for each clinical

198   subgroup, are presented in Table 2. Tables with data for each subgroup are presented in

199   Supplementary Table 3.

200   Sensitivity in adults with symptoms ≤ 7 days was 96.5%, similar to that in the BinaxNOW

201   package insert (97.1%) (8). Sensitivity in children with symptoms ≤ 7 days was 84.6%.

202   Specificity in both groups was 100%. Relative to symptomatic individuals, sensitivity in

203   asymptomatic adults and children was lower at 70.2% and 65.4%, respectively, while specificity

204   remained high (99.6%/99.0%, respectively). The anticipated NPV/PPVs with varying

205   prevalence, based on the observed sensitivity/specificity in each subgroup, are presented in

206   Supplementary Table 4.

207

208   <u>Discordant analysis and analysis of Ct values</u>

209   There were 12 false positive BinaxNOW results across all 2308 individuals tested; 4 were in

210   asymptomatic adults, 7 in asymptomatic children, and 1 in a symptomatic adult with >7 days of

211   symptoms. All twelve positives were scored as faint bands by both independent readers, and

8

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

212   there was nothing unusual noted about band morphology.  61/66 false negatives had dual read;

213   61/61 were scored as negative by both independent readers. There was no apparent correlation

214   between false positives/false negatives and lot or kit number in testing through Nov. 12th.  In the

215   pediatric-only phase initiated Dec. 11th, all 6 false positive samples observed utilized one lot that

216   was not used in the first phase; there was no correlation between false negatives and lot number.

217

218   Distributions of Ct values for RT-PCR positive symptomatic (by days post symptom onset) and

219   asymptomatic children and adults are shown in Figure 1; false negative versus true positive

220   paired BinaxNOW results are indicated for all individuals.  As expected, false negative

221   BinaxNOW results were paired with RT-PCR tests with higher Ct values. Ct distributions in the

222   four main clinical subgroups are shown in Figure 2.  Median Ct values (IQR) for children and

223   adults symptomatic for $\leq$ 7 days were 24.2 (16.3-27.3) and 20.5 (17.2-26.5), respectively, and for

224   asymptomatic children and adults were 26.8 (20.5-32.8) and 26.9 (20.6-32.8), respectively.

225   Sensitivity was evaluated at three different Ct cutoffs: $\leq$25, $\leq$30, $\leq$35 (Supplementary Table 5).

226   Sensitivity in all subgroups combined (n=292 RT-PCR-positive individuals) was 99.3% with Ct

227   $\leq$25, 95.8% with $\leq$30, and 81.2% with $\leq$35.  Band strength (1= faint, n = 41; 2 = medium, n = 15;

228   3 = strong, n = 170) as interpreted by the primary reader for the 226 true positive BinaxNOW

229   tests correlated clearly with Ct value, with median Cts of 29.7 (27.6-32.7), 27.7 (25.5-29.1), and

230   19.5 (16.4-22.8), respectively, as shown in Supplementary Figure 1. All but one (65/66) false

231   negative BinaxNOW results had a paired RT-PCR cycle threshold value >25, and 9 had Ct $\leq$30;

232   the median (IQR) cycle threshold value for these false negatives was 33.7 (32.1-34.8).

233   Distribution of the 66 false negative results among clinical subgroups is shown in the 2x2 tables

234   in Supplementary Table 3.

235

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

236 <u>Operational findings</u>

237 A small number of BinaxNOW tests were performed at temperatures below the manufacturer's

238 recommended temperature range due to difficulty maintaining temperature in the antigen testing

239 location and interest in exploring the effect of low temperature on test performance. These data

240 were analyzed separately from the main study.  In 30 specimens from individuals (3 children and

241 27 adults) with symptoms ≤7 days run at low temperature (46-58.5°F), sensitivity was 66.7% and

242 specificity 95.2% (Supplementary Table 6), in comparison to sensitivity of 93.7% and specificity

243 of 100% in individuals with ≤7 days symptoms when testing was performed at >59°F.  Relative

244 humidity ranged from 45.7-66.4% during the two testing days with low temperatures (≤ 59°F).

245 For false positive or false negative tests performed at >59°F, the humidity range was 27.2-62.6%

246 and 22.6-61.5%, respectively, mirroring the overall humidity range and distribution.

247 Inter-operator agreement was excellent, with the two readers agreeing on the positive versus

248 negative result for all 2230 BinaxNOW tests that had dual reads.  The two readers disagreed on

249 the strength of the positive band (faint vs medium vs strong) in 5 cases. Overall, readers noted

250 that detection of faint positive bands required very close observation. While we did observe

251 occasional inconsistent band intensity across the width of some test bands, we did not identify a

252 correlation between that finding and false positivity.  One invalid BinaxNOW result was

253 identified during the study (a manufacturing issue whereby plastic covered the test strip,

254 preventing the buffer from making contact with the test strip).

255

256 **Discussion:**
257
258 The development of Ag RDTs has expanded the options for POC COVID-19 testing and raised

259 critical questions about how these tests could and should be used.  Prominent examples of both

260 false negative and false positive results (13) on Ag RDTs have raised questions about how well

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

261   the tests perform in real world settings, even if performed carefully by trained operators.  Major

262   gaps in performance data, including performance in asymptomatic adults and both symptomatic

263   and asymptomatic children, have generated uncertainty about how to optimally deploy Ag RDTs,

264   and emerging comparison studies reiterate that not all Ag RDTs perform equivalently (4, 18).

265   The FDA EUA for the BinaxNOW RDT was based upon 102 subjects, all adults, who had

266   symptomatic COVID-19 with symptom onset within 7 days prior to testing (8).  In order to

267   understand how well the BinaxNOW RDT could perform in both symptomatic and

268   asymptomatic adults and children, we implemented the test at a high-volume community testing

269   site already experienced in collecting AN samples for RT-PCR, performing the test with careful

270   attention to sample collection, test performance, results documentation, and quality control.  The

271   BinaxNOW was performed by trained laboratory personnel (Master's to PhD level

272   laboratorians). This study design allowed us to evaluate performance of the BinaxNOW in a real-

273   world but also best-case scenario, and to provide the first data on performance in a large

274   population of children.

275

276   We found that test specificity was very high in this study in all populations, while sensitivity was

277   variable.  Sensitivity was very high in symptomatic adults within the first 7 days of illness, and

278   less so in symptomatic children.  Sensitivity in asymptomatic adults and children was even

279   lower, corresponding with the broad viral load distribution observed in this population (likely

280   capturing early and late infections given unknown disease onset). For all groups, sensitivity was

281   highest in individuals with highest viral loads.

282

283   Our study yielded some important operational findings relevant to test implementation.  Inter-

284   operator agreement on positive/negative results was 100%, confirming that only one person is

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

285    needed to read each test result.  While one skilled operator was able to run 20 tests per hour, two

286    people were needed to run tests in high volume, and additional people were needed to transport

287    samples from the collection site to the testing site. We noticed a substantial impact of low

288    temperature (below the manufacturer's recommended range) on test accuracy, reinforcing that

289    temperature is a critical parameter for test performance; the instructions for use should be

290    followed closely and temperature should be monitored for every test performed.  Gathering

291    additional data in summer months to confirm that test specificity remains high with elevated

292    environmental temperatures would be prudent.

293

294    Our data are consistent with, or show better performance than, those obtained in other field

295    studies of visually-read Ag RDTs. A recent European prospective study (4) evaluated visually-

296    read Ag RDT test performance at POC versus RT-PCR using nasopharyngeal/oropharyngeal

297    samples and found that the best-performing Ag RDT (Standard Q COVID-19 Ag, SD Biosensor)

298    was 76.6% sensitive and 99.3% specific, with 100% sensitivity in samples with Ct values <25

299    and 62.1% sensitivity in samples with Ct ≥25 (4).  Another POC study of the SD Q test (NP

300    swab) versus RT-PCR (NP/OP swab) in symptomatic adults at a drive-through site in the

301    Netherlands (12) yielded Ag RDT sensitivity of 84.9% and specificity of 99.5%, with 95.8%

302    sensitivity in people within 7 days of symptoms and with Ct <30. A recent study of the Abbott

303    BinaxNOW versus AN swab RT-PCR as performed in adults on a public plaza in San Francisco

304    found that the test had 93.3% sensitivity in samples with Ct <30, and 99.9% specificity (9).

305    However, achieving this specificity required an off-label reading procedure in which the reader

306    was asked to disregard bands that did not extend across the full width of the strip. We did

307    observe occasional inconsistent band intensity across the width of some test bands, but did not

308    identify a correlation between that finding and false positivity.  All twelve false positive tests in

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

309    our study had faint positive (and otherwise normal) bands scored by both independent readers.

310    The San Francisco study also used two readers for each test, with a tie breaker read if they

311    disagreed, but did not report data on inter-operator agreement. A study of the Abbott PanBio test

312    in symptomatic adults and children in Spain (11) compared POC Ag RDT (NP swab) to RT-PCR

313    (NP swab in 3.0 mL media) and found overall Ag RDT sensitivity of 79.6%, with specificity of

314    100%. Notably, sensitivity was higher in adults (82.6%) than children (62.5%), and sensitivity in

315    individuals with RT-PCR Ct <25 (viral load >5.9 $\log_{10}$ copies/mL) was 100%; our own

316    observations are consistent with both findings.  The authors speculated that the lower sensitivity

317    in symptomatic children versus adults might be due to more difficulty in pinpointing date of

318    symptom onset in children, which is also a possibility in our study.  However, an alternative

319    explanation is that symptomatic children have a different distribution of viral loads than

320    symptomatic adults, with a higher proportion having lower viral loads (e.g. above Ct of 30)

321    within the first week of symptoms. This hypothesis is supported by distributions of Ct values

322    (and antigen concentrations) in NP swab samples from symptomatic adults versus children in a

323    recent study (16), but other studies of this question have yielded mixed results (19-21).  Defining

324    viral load distributions and kinetics in symptomatic children remains an important area for

325    research.

326

327    Key considerations for use of Ag RDTs are whether they are able to reliably identify patients

328    with high loads of live virus that may be more at risk for transmitting disease, and whether

329    infected individuals missed by Ag RDTs might or might not be infectious to others. Several

330    reports have noted that virus could only rarely be cultured from patient samples with measured

331    viral loads below approximately $1\times10^5$ RNA copies/mL (19, 22-24). Notably, Albert et al. found

332    that SARS-CoV-2 could not be cultured from specimens from 11 individuals with positive RT-

13

Accepted Manuscript Posted Online

Journal of Clinical
Microbiology

JCM

Journal of Clinical
Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

333    PCR/negative POC Abbott PanBio Ag RDT results, all with <5.9 $\log_{10}$ copies/mL (11), and Igloi

334    et al found that most culture-positive individuals were also positive by the SD Q assay (12).

335    Overlap between viral culture and Ag RDT percent positivity (versus RT-PCR) has also been

336    described for the BD Veritor System (25). However, virus has been recovered from samples with

337    RNA levels as low as $1.2 \times 10^4$ copies/mL (26), and from samples with a Ct value of 34-35 or

338    greater on a range of RT-PCR assays (27-29).  Multiple evaluations of POC Ag RDT

339    performance have assessed performance at Ct value cutoffs of 25 and 30 (e.g. (4, 9)), which

340    guided our choice to assess sensitivity of the BinaxNOW at three different Ct cutoffs:  25, 30,

341    and 35.  For the RT-PCR assay used in this study, Ct values of 25, 30, and 35 correspond to

342    approximately $5.4 \times 10^5$, $1.7 \times 10^4$, and $5.5 \times 10^2$ copies/mL, respectively (Niall Lennon, personal

343    communication; Supplementary Methods), and we found that patients with Ct values $\leq 30$ were

344    reliably detected (95.8%) by the BinaxNOW, similar to results from Pilarowski et al (93.3%

345    sensitivity with Ct <30, corresponding to $1.9 \times 10^4$ copies/mL (9)).  A recent study of multiple

346    commercial Ag RDTs found that the analytical sensitivity range overlapped with viral load

347    ranges typically observed in the first week of symptoms, also considered to be the period of

348    highest infectiousness (18); consistent with this, we observed that the sensitivity of the

349    BinaxNOW in adults with $\leq 7$ days of symptoms was 96.5%.

350

351    Our study had some limitations.  We recognize that the comparator in our study was RT-PCR

352    performed on an AN swab, as opposed to an NP swab, which is still considered the reference

353    method by the FDA (30). While AN swabs have had lower sensitivity than NP swabs in some

354    studies, the sensitivity is highly dependent on the sampling technique and assay used (31).  The

355    dry AN swab sampling method used in this study has been shown to have similar sensitivity to

356    paired NP swabs in transport media (17). We also note that a recent comparison study

14

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

357    demonstrated that Ag RDT performance with AN swabs was similar to Ag RDT performance

358    with NP swabs (5).  We were not able to have all tests read by two independent readers, but did

359    so for the majority of tests.  Finally, we recognize that our symptomatic pediatric cohort was

360    relatively small and thus the confidence interval relatively wide, exemplifying the challenges in

361    assessing COVID-19 diagnostics in children. There may be important differences in performance

362    characteristics of Ag tests or in viral dynamics corresponding to ages of children, but there were

363    insufficient symptomatic children with positive tests in the study to stratify by age group.

364

365    Current recommendations from the WHO (32) suggest that Ag RDTs be used in symptomatic

366    individuals within the first 5-7 days of symptoms, with repeat testing or RT-PCR confirmation of

367    negative Ag RDT results if possible.   WHO recommendations include testing during suspected

368    outbreaks, monitoring trends in disease incidence, and screening for early detection/isolation

369    when widespread community transmission exists, but operationalizing testing under these

370    scenarios is complicated by the recommendations for confirmation by RT-PCR of both positive

371    (outbreak) and negative (symptomatic patient) results (32).  Centers for Disease Control and

372    Prevention recommendations for use of antigen tests were recently updated and address use of

373    antigen tests (with/without NAAT confirmation) in various testing scenarios based on data to

374    date (33).

375

376    Our study data provides the following practical considerations for use of the BinaxNOW test in

377    different populations, taking into account current conditions in MA as reflected in prevalence at

378    this testing site (asymptomatic >5-10%; symptomatic >20%):

379

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

380   The test had particularly strong performance in adults with symptoms for $\leq$ 7 days, with very

381   high sensitivity (96.5%), specificity (100%), PPV (100%), and NPV (98.9%). In children with

382   symptoms $\leq$7 days, specificity (100%) and PPV (100%) were very high, but sensitivity was

383   lower than in adults (84.6% versus 96.5%) though still acceptable per the FDA's target of $\geq$ 80%

384   (34, 35)); NPV was 94.2%. Collection of additional data in symptomatic children will help

385   further support these conclusions.

386

387   In asymptomatic individuals, the BinaxNOW test had very high specificity in both children

388   (99.0%) and adults (99.6%); PPV was the same in children (90.9%) and adults (90.9%).

389   Sensitivity in children (65.4%) and adults (70.2%) was low.  Thus, the test does not appear to be

390   optimal for ruling out SARS-CoV-2 infection in asymptomatic adults or children; use in serial

391   testing programs and for testing of contacts of known cases deserves independent study.  FDA

392   does provide guidance for consideration of serial antigen testing if the sensitivity is lower, e.g.

393   70% (34, 35). It should be noted that in all groups, BinaxNOW sensitivity followed Ct value

394   distribution, with 95.8% sensitivity observed in all individuals with Ct $\leq$ 30 (all 9 false negative

395   results in individuals with Ct $\leq$30 were in children).  Therefore, false negative BinaxNOW

396   results were largely confined to those perhaps least likely to transmit SARS-CoV-2.

397

398   Sensitivity (66.7%) was low in adults with symptoms for > 7 days, and there were too few

399   children with symptoms > 7 days to draw conclusions about performance.  The test is not

400   currently recommended for use in individuals with symptoms > 7 days.

401

402   Quality Control (QC) testing should be performed per manufacturer's recommendations, with

403   weekly repeat of QC samples if the kit has not been fully used.  It would be prudent to reevaluate

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

404  test specificity in warm conditions; careful attention to temperature is critical.  A skilled

405  laboratorian can perform and read 20 tests per hour.  Excellent inter-operator agreement indicates

406  that an individual can perform and read the BinaxNOW test alone.

407

408  **Funding**

409  This work was funded by the MA Department of Public Health. The community testing site was

410  funded by the Centers for Disease Control and Prevention Building and Enhancing

411  Epidemiology, Laboratory and Health Information Systems Capacity in Massachusetts –

412  Enhancing Detection COVID Supplement (Grant # 6 NU50CK000518-01-08). BinaxNOW kits

413  were supplied as part of the federal allocation to state health departments.

414

415  **Conflict of Interest**

416  None of the authors have conflicts of interest to declare.

417

418  **Acknowledgments**

419  We thank Kerin Milesky (Director, Office of Emergency Preparedness, Massachusetts

420  Department of Public Health), Samantha Phillips (Director, Massachusetts Emergency

421  Management Agency), and members of the Massachusetts State Fire Services (Bill Pappas, Mike

422  Burnell, Emit Magdeleno, Greg Jackson, Ed Loader) for assistance with logistical and support

423  assistance at the Lawrence General Hospital Stop the Spread site.  We acknowledge the

424  assistance of the members of the Epidemiology Division of the Bureau of Infectious Disease and

425  Laboratory Sciences of the Massachusetts Department of Public Health.

426  This publication was supported by Cooperative Agreement Number 1U60OE000103, funded by

427  Centers for Disease Control and Prevention through the Association of Public Health

428  Laboratories. The findings and conclusions in this report are those of the authors and do not

17

429    necessarily represent the official position of the Centers for Disease Control and Prevention

430    (CDC) nor the official views of the Association of Public Health Laboratories.

431

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**References**

1.  Johns Hopkins University. COVID-19 Dashboard by the Center for Systems Science and Engineering (CCSE) at Johns Hopkins University. https://coronavirus.jhu.edu/map.html (Accessed November 14, 2020).

2.  Centers for Disease Control. CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker/#testing_testsperformed (Accessed November 14, 2020).

3.  Food and Drug Administration. Individual EUAs for Antigen Diagnostic Tests for SARS-CoV-2. https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/vitro-diagnostics-euas#individual-antigen. (Accessed November 24, 2020).

4.  Krüger LJ, Gaeddert M, Köppel L, Brümmer LE, Gottschalk C, Miranda IB, Schnitzler P, Kräusslich HG, Lindner AK, Nikolai O, Mockenhaupt FP, Seybold J, Corman VM, Drosten C, Pollock NR, Cubas-Atienzar AI, Kontogianni K, Collins A, Wright AH, Knorr B, Welker A, de Vos M, Sacks JA, Adams ER, Denkinger CM. 2020. Evaluation of the accuracy, ease of use and limit of detection of novel, rapid, antigen-detecting point-of-care diagnostics for SARS-CoV-2. medRxiv doi:10.1101/2020.10.01.20203836:2020.10.01.20203836.

5.  Lindner AK, Nikolai O, Kausch F, Wintel M, Hommes F, Gertler M, Krüger L, Gaeddert M, Tobian F, Lainati F, Köppel L, Seybold J, Corman VM, Drosten C, Hofmann J, Sacks J, Mockenhaupt F, Denkinger CM. 2020. Head-to-head comparison of SARS-CoV-2 antigen-detecting rapid test with self-collected anterior nasal swab versus professional-collected nasopharyngeal swab. Eur Respir J, in press.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

6. Becton Dickinson and Co. Package Insert for the BD VeritorTM System for Rapid Detection of SARS-CoV-2. https://www.fda.gov/media/139755/download.

7. Quidel Corp. Package Insert for the Sofia SARS Antigen FIA test. https://www.fda.gov/media/137885/download.

8. Abbott. Package Insert for the Abbott BinaxNOW COVID-19 Ag CARD. https://www.fda.gov/media/141570/download.

9. Pilarowski G, Lebel P, Sunshine S, Liu J, Crawford E, Marquez C, Rubio L, Chamie G, Martinez J, Peng J, Black D, Wu W, Pak J, Laurie MT, Jones D, Miller S, Jacobo J, Rojas S, Rojas S, Nakamura R, Tulier-Laiwa V, Petersen M, Havlir DV, DeRisi J. 2020. Performance characteristics of a rapid SARS-CoV-2 antigen detection assay at a public plaza testing site in San Francisco. medRxiv doi:10.1101/2020.11.02.20223891:2020.11.02.20223891.

10. Access Bio. Package Insert for the Access Bio CareStart COVID-19 Antigen Test. https://www.fda.gov/media/142919/download.

11. Albert E, Torres I, Bueno F, Huntley D, Molla E, Fernández-Fuentes MÁ, Martínez M, Poujois S, Forqué L, Valdivia A, de la Asunción CS, Ferrer J, Colomina J, Navarro D. 2020. Field evaluation of a rapid antigen test (Panbio™ COVID-19 Ag Rapid Test Device) for the diagnosis of COVID-19 in primary healthcare centers. medRxiv doi:10.1101/2020.10.16.20213850:2020.10.16.20213850.

12. Iglòi Z, Velzing J, van Beek J, van de Vijver D, Aron G, Ensing R, Benschop K, Han W, Boelsums T, Koopmans M, Geurtsvankessel C, Molenkamp R. 2020. Clinical evaluation of the Roche/SD Biosensor rapid antigen test with symptomatic, non-hospitalized patients in a municipal health service drive-through testing site. medRxiv doi:10.1101/2020.11.18.20234104:2020.11.18.20234104.

20

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

478    13.    Rubin R. 2020. The Challenges of Expanding Rapid Tests to Curb COVID-19. JAMA

479            doi:10.1001/jama.2020.21106.

480    14.    Sethuraman N, Jeremiah SS, Ryo A. 2020. Interpreting Diagnostic Tests for SARS-CoV-2.

481            JAMA 323:2249-2251.

482    15.    Kissler SM, Fauver JR, Mack C, Tai C, Shiue KY, Kalinich C, Jednak S, Ott I, Vogels C,

483            Wohlgemuth J, Weisberger J, DiFiori J, Anderson DJ, Mancell J, Ho D, Grubaugh ND, Grad

484            YH. 2020. Viral dynamics of SARS-CoV-2 infection and the predictive value of repeat

485            testing. medRxiv doi:10.1101/2020.10.21.20217042:2020.10.21.20217042.

486    16.    Pollock NR, Savage TJ, Wardell H, Lee R, Mathew A, Stengelin M, Sigal GB. 2020.

487            Correlation of SARS-CoV-2 nucleocapsid antigen and RNA concentrations in

488            nasopharyngeal samples from children and adults using an ultrasensitive and

489            quantitative antigen assay. J Clin Microbiol, in press.

490    17.    Clinical Research Sequencing Platform (CRSP), LLC at the Broad Institute of MIT and

491            Harvard. CRSP SARS-CoV-2 Real-time Reverse Transcriptase (RT)-PCR Diagnostic Assay.

492            https://www.fda.gov/media/139858/download.

493    18.    Corman VM, Haage VC, Bleicker T, Schmidt ML, Muehlemann B, Zuchowski M, Lei WKJ,

494            Tscheak P, Moencke-Buchner E, Mueller MA, Krumbholz A, Drexler JF, Drosten C. 2020.

495            Comparison of seven commercial SARS-CoV-2 rapid Point-of-Care Antigen tests.

496            medRxiv doi:10.1101/2020.11.12.20230292:2020.11.12.20230292.

497    19.    Jones TC, Mühlemann B, Veith T, Biele G, Zuchowski M, Hoffmann J, Stein A, Edelmann

498            A, Corman VM, Drosten C. 2020. An analysis of SARS-CoV-2 viral load by patient age.

499            medRxiv doi:10.1101/2020.06.08.20125484:2020.06.08.20125484.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

500    20.    Held L. 2020. A discussion and reanalysis of the results reported in Jones et al.

501            https://osf.io/bkuar/. Accessed December 3, 2020.

502    21.    Baggio S, L'Huillier AG, Yerly S, Bellon M, Wagner N, Rohr M, Huttner A, Blanchard-

503            Rohner G, Loevy N, Kaiser L, Jacquerioz F, Eckerle I. 2020. SARS-CoV-2 viral load in the

504            upper respiratory tract of children and adults with early acute COVID-19. Clin Infect Dis

505            doi:10.1093/cid/ciaa1157.

506    22.    Perera R, Tso E, Tsang OTY, Tsang DNC, Fung K, Leung YWY, Chin AWH, Chu DKW, Cheng

507            SMS, Poon LLM, Chuang VWM, Peiris M. 2020. SARS-CoV-2 Virus Culture and

508            Subgenomic RNA for Respiratory Specimens from Patients with Mild Coronavirus

509            Disease. Emerg Infect Dis 26.

510    23.    Gallichote E, Quicke K, Sexton N, Young M, Janich A, Gahm G, Carlton EJ, Ehrhart N, Ebel

511            GD. 2020. Longitudinal Surveillance for SARS-CoV-2 RNA Among Asymptomatic Staff in

512            Five Colorado Skilled Nursing Facilities: Epidemiologic, Virologic and Sequence Analysis.

513            medRxiv doi:10.1101/2020.06.08.20125989.

514    24.    Wölfel R, Corman VM, Guggemos W, Seilmaier M, Zange S, Müller MA, Niemeyer D,

515            Jones TC, Vollmar P, Rothe C, Hoelscher M, Bleicker T, Brünink S, Schneider J, Ehmann R,

516            Zwirglmaier K, Drosten C, Wendtner C. 2020. Virological assessment of hospitalized

517            patients with COVID-2019. Nature 581:465-469.

518    25.    Pekosz A, Cooper CK, Parvu V, Li M, Andrews JC, Manabe YC, Kodsi S, Leitch J, Gary DS,

519            Roger-Dalbert C. 2020. Antigen-based testing but not real-time PCR correlates with

520            SARS-CoV-2 virus culture. medRxiv

521            doi:10.1101/2020.10.02.20205708:2020.10.02.20205708.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

522   26.   L'Huillier AG, Torriani G, Pigny F, Kaiser L, Eckerle I. 2020. Culture-Competent SARS-CoV-

523        2 in Nasopharynx of Symptomatic Neonates, Children, and Adolescents. Emerg Infect Dis

524        26.

525   27.   Arons MM, Hatfield KM, Reddy SC, Kimball A, James A, Jacobs JR, Taylor J, Spicer K,

526        Bardossy AC, Oakley LP, Tanwar S, Dyal JW, Harney J, Chisty Z, Bell JM, Methner M, Paul

527        P, Carlson CM, McLaughlin HP, Thornburg N, Tong S, Tamin A, Tao Y, Uehara A, Harcourt

528        J, Clark S, Brostrom-Smith C, Page LC, Kay M, Lewis J, Montgomery P, Stone ND, Clark

529        TA, Honein MA, Duchin JS, Jernigan JA. 2020. Presymptomatic SARS-CoV-2 Infections

530        and Transmission in a Skilled Nursing Facility. N Engl J Med 382:2081-2090.

531   28.   Singanayagam A, Patel M, Charlett A, Lopez Bernal J, Saliba V, Ellis J, Ladhani S, Zambon

532        M, Gopal R. 2020. Duration of infectiousness and correlation with RT-PCR cycle

533        threshold values in cases of COVID-19, England, January to May 2020. Euro Surveill 25.

534   29.   Jaafar R, Aherfi S, Wurtz N, Grimaldier C, Hoang VT, Colson P, Raoult D, La Scola B. 2020.

535        Correlation between 3790 qPCR positives samples and positive cell cultures including

536        1941 SARS-CoV-2 isolates. Clin Infect Dis doi:10.1093/cid/ciaa1491.

537   30.   Food and Drug Administration. FAQs on Testing for SARS-CoV-2.

538        https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/faqs-

539        testing-sars-cov-2.

540   31.   Lee RA, Herigon JC, Benedetti A, Pollock NR, Denkinger C. 2020. Performance of Saliva,

541        Oropharyngeal Swabs, and Nasal Swabs for SARS-CoV-2 Molecular Detection: A

542        Systematic Review and Meta-analysis. medRxiv

543        doi:10.1101/2020.11.12.20230748:2020.11.12.20230748.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

544   32.   World Health Organization. Antigen-detection in the diagnosis of SARS-CoV-2 infection

545         using rapid immunoassays. September 11, 2020.

546         https://www.who.int/publications/i/item/antigen-detection-in-the-diagnosis-of-sars-

547         cov-2infection-using-rapid-immunoassays.

548   33.   Centers for Disease Control. Interim Guidance for Antigen Testing for SARS-CoV-2.

549         December 5, 2020. https://www.cdc.gov/coronavirus/2019-

550         ncov/lab/resources/antigen-tests-guidelines.html.

551   34.   Food and Drug Administration. Policy for Coronavirus Disease-2019 Tests During the

552         Public Health Emergency (Revised), May 11, 2020.

553         https://www.fda.gov/media/135659/download.

554   35.   Food and Drug Administration. In Vitro Diagnostics EUAs, Antigen Template for Test

555         Developers, October 26, 2020.   https://www.fda.gov/medical-devices/coronavirus-

556         disease-2019-covid-19-emergency-use-authorizations-medical-devices/vitro-

557         diagnostics-euas.

558

559
560

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

561 **Table 1**

562

563 **Clinical characteristics of adult and pediatric patients contributing paired samples**

564

| | Adults, symptomatic (n=407) | Adults, asymptomatic (n=974) | Children, symptomatic (n=99) | Children, asymptomatic (n=829) |
|---|---|---|---|---|
| **Age in years, n (%)** | | | | |
| <7 | n/a | n/a | 17 | 244 |
| 7-13 | n/a | n/a | 42 | 339 |
| 14-18 | n/a | n/a | 40 | 246 |
| 19-29 | 120 | 212 | n/a | n/a |
| 30-49 | 189 | 392 | n/a | n/a |
| 50-69 | 89 | 312 | n/a | n/a |
| 70 and older | 8 | 58 | n/a | n/a |
| **Sex, % female** | 58.9 | 56.4 | 61.6 | 52.0 |
| **Days of symptoms prior to COVID test, median (IQR)** | 3 (2,5)[a] | n/a | 2 (1,4)[b] | n/a |

565

566 [a]Range 0-55 days

567 [b]Range 0-60 days

568

569

25

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

570
571     **Table 2**
572
573     **Performance of the Abbott BinaxNOW versus RT-PCR (reference method) for detection of**
574     **SARS-CoV-2 in anterior nasal swab samples from adult and pediatric (<18) patients**
575

| Age | Group | N | Prevalence | Sensitivity (95% CI) | Specificity (95% CI) | PPV (95% CI) | NPV (95% CI) |
|---|---|---|---|---|---|---|---|
| All | Sx + ASx | 2308 | 12.7% | 77.4% (72.2 - 82.1) | 99.4% (99.0 - 99.7) | 95.0% (91.5 - 97.1) | 96.8% (96.1 - 97.4) |
| Pediatric | Sx + ASx | 928 | 14.5% | 69.6% (61.1 - 77.2) | 99.0% (98.2 - 99.6) | 92.1% (84.7 - 96.1) | 95.7% (94.5 - 96.6) |
| Adult | Sx + ASx | 1380 | 11.4% | 84.1% (77.4 - 89.4) | 99.6% (99.1 - 99.9) | 96.4% (91.7 - 98.5) | 98.0% (97.1 - 98.6) |
| Pediatric | ASx | 829 | 12.9% | 65.4% (55.6 – 74.4) | 99.0% (98.0 – 99.6) | 90.9% (82.5 - 95.5) | 95.1% (93.7- 96.2) |
| Adult | ASx | 974 | 5.9% | 70.2% (56.6 – 81.6) | 99.6% (98.9 - 99.9) | 90.9% (78.8 - 96.4) | 98.1% (97.3 - 98.8) |
| Pediatric | Sx <7D | 91 | 28.6% | 84.6% (65.1 – 95.6) | 100.0% (94.5 - 100.0) | 100.0% | 94.2% (86.8 - 97.6) |
| Adult | Sx <7D | 355 | 23.9% | 96.5% (90.0 - 99.3) | 100.0% (98.6 - 100.0) | 100.0% | 98.9% (96.7 -99.6) |
| Pediatric | Sx >7D | 8 | 25% | N/A | N/A | N/A | N/A |
| Adult | Sx >7D | 51 | 29.4% | 66.7% (38.4 - 88.2) | 97.2% (85.5 - 99.9) | 90.9% (58.3 - 98.6) | 88.2% (77.4 - 95.6) |

576     Sx, symptomatic; ASx, asymptomatic; D, days; N/A, not applicable
577

**Figure 1**

**Distribution of Cycle Threshold (Ct) Values in RT-PCR-positive Children and Adults by Days Post Symptom Onset**



Ct values for each RT-PCR-positive individual are shown; red circles indicate false negative BinaxNOW results and black circles, true positive BinaxNOW results. Participants whose symptoms started on the day of testing are indicated as Day 0. ASx, asymptomatic.

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

591    **Figure 2**

592

593    **Distribution of Ct Values in RT-PCR-positive Individuals**

594



595
596
597

598    Cycle threshold (Ct) values for RT-PCR positive individuals in each of four clinical subgroups
599    are shown; horizontal bars represent median and IQR.  Sx, symptomatic; ASx, asymptomatic; D,
600    Days.  Median Ct values (IQR) in Sx ≤7D: Children, 24.2 (16.3-27.3) and Adults, 20.5 (17.2-
601    26.5) and in ASx: Children, 26.8 (20.5-32.8) and Adults, 26.9 (20.6-32.8).

602
603

**Supplementary Materials**

**Supplementary Methods**

<u>Anterior Nasal Swab Collection procedure</u>

The following swab collection procedure was utilized: after the participant blew their nose, the collector inserted swab #1 into the individual's right nostril and rotated the swab 5 times in a circular motion around the inside wall of the nostril for a duration of 10-15 seconds, followed by a repeat of the process in the left nostril. The swab was placed into a sterile plastic tube. Immediately thereafter, swab #2 was inserted into the individual's left nostril (always opposite from the initial swab) and the process repeated (left nostril followed by right nostril). To minimize sampling bias, the study site personnel alternated which test-specific nasal swab sample was collected first (BinaxNOW or RT-PCR).

<u>Kit Storage</u>

Abbott BinaxNOW kits were stored in a temperature-controlled office (70-72°F) and transferred to the testing site as needed.

<u>Testing Site</u>

Testing was performed in a "testing pod," initially a shipping container. The pod was initially open on one side to the outdoors, but difficulty in maintaining adequate temperature in the pod required moving testing to a fully enclosed room (mobile trailer). The testing site contained three 6' tables. Two tables were designated as "dirty" for testing purposes and one "clean" for data entry. Absorbent underpads with plastic backing (Attends ASB-2336, Greenville, NC) were placed on testing tables along with hand sanitizer, gloves, testing kits, pens, sticky notes, a

1

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

continuous temperature and humidity data logger (HOBO UX100-011A, Bourne, MA), a digital

clock, and a bin for specimens to be tested. The clean table included hand sanitizer, gloves, pens,

a time stamp machine, and a laptop computer for data entry. Underpads were removed daily,

surfaces were disinfected with germicidal disposable wipes (PDI, Woodcliff Lake, NJ), and new

underpads placed. Operators performing testing were wearing disposable gowns, N95

respirators, face shields and gloves.


Quality Control

Lot numbers were recorded for Abbott BinaxNOW kits (boxes of 40 tests), test cards,

manufacturer-provided swabs [unflocked foam tipped; Puritan #25-1506 (Guilford, ME)],

positive controls, and extraction reagent. Manufacture and expiration dates were also recorded.

Each study subject tested was recorded for every kit of BinaxNow tests used. Positive and

negative controls were run for every kit when first opened. If an opened kit was not used in full

over the course of one day, a negative control was run for the kit the following day when testing

resumed.


BinaxNOW Testing

At the collection site, anterior nasal swab specimens were collected using the manufacturer-

provided swab (above) into a labeled 15ml conical tube and placed into a specimen collection

bag with a BinaxNow intake form (which was labeled and time/date stamped at the time of

collection) and extra labels. Specimens were then shuttled to the testing pod by a designated

individual ("runner"), either on foot (shipping container) or by car (mobile trailer). All tests were

initiated within an hour of specimen collection time. For each specimen, testing staff added 6

drops of extraction reagent to the BinaxNOW card (making sure to remain perpendicular and

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

avoid touching the tip of the reagent bottle to the card), inserted the swab specimen and rotated

three times, closed the testing card, and affixed a patient label to the outside of the BinaxNOW

card. The time the card was closed was recorded on the BinaxNOW intake form as the test start

time. The test start time and time the card was to be read (16 minutes after closing the card) were

also recorded on a sticky note and adhered to the outside of the BinaxNOW card. At the time of

result reading, the tester silently recorded their result, initials, and time on the Binax intake form

as the official result. The tester then passed the card to a second reader, who read the card result

aloud (so that the tester could record results on the back of the intake form) and took a photo of

the card. There was no attempt to resolve any discordance between the two readers; the first read

of each card was the official result used for database and clinical reporting. If the result was

determined to be positive by either reader, the reader categorized the positive line as "faint",

"medium", or "strong" depending on the strength of the positive sample line compared to the

control line of each card. Completed BinaxNOW cards were discarded in biohazard waste.


PCR assay details

Dry swabs [SteriPack Sterile Polyester Spun Swab, 3" (Lakeland, Florida)]

transported in a sterile tube (Becton Dickinson, # BD 366408) at room temperature were

resuspended in 1000 uL of Swab Preservation Buffer (Norgen Biotek, Inc) and allowed to elute

for 15 minutes. Extraction and RT-PCR methods followed the EUA protocol for the CRSP

SARS-CoV-2 Real-time Reverse Transcriptase (RT)-PCR Diagnostic Assay

(https://www.fda.gov/media/139858/download); the target is the N2 gene with a cycle threshold

cut off value of 40. A standard curve was prepared with FDA reference panel material [heat

inactivated virus from BEI Resources (www.beiresources.org)] using serial dilutions (in

3

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

triplicate) made in negative clinical matrix then spiked onto dry swabs, allowed to dry, and subsequently taken all the way through the process.

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Supplementary Table 1**
**Abbott BinaxNow results, RT-PCR Ct values, and symptoms in RT-PCR-positive adults**

| Age | Sex | PCR Result | Ct (N2) | Ct (RP) | Binax Result | COVID-19 symptoms? | Sore throat? | Cough? | Chills? | Body Aches? | Short of Breath? | Fever? | Runny Nose? | Congestion? | Nausea? | Vomiting? | Diarrhea? | loss of Taste or Smell? | # Days Since Symptom Onset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | F | POS | 34.26 | 19.58 | NEG | Asx | | | | | | | | | | | | | n/a |
| 23 | M | POS | 35.48 | 25.16 | NEG | Asx | | | | | | | | | | | | | n/a |
| 26 | M | POS | 35.43 | 25.88 | NEG | Asx | | | | | | | | | | | | | n/a |
| 27 | M | POS | 35.17 | 24.26 | NEG | Asx | | | | | | | | | | | | | n/a |
| 28 | F | POS | 34.66 | 26.29 | NEG | Asx | | | | | | | | | | | | | n/a |
| 30 | M | POS | 35.19 | 20.77 | NEG | Asx | | | | | | | | | | | | | n/a |
| 33 | M | POS | 32.76 | 24.52 | NEG | Asx | | | | | | | | | | | | | n/a |
| 34 | M | POS | 32.36 | 22.42 | NEG | Asx | | | | | | | | | | | | | n/a |
| 38 | F | POS | 31.22 | 21.78 | NEG | Asx | | | | | | | | | | | | | n/a |
| 39 | M | POS | 37.03 | 28.61 | NEG | Asx | | | | | | | | | | | | | n/a |
| 48 | M | POS | 35.29 | 27.46 | NEG | Asx | | | | | | | | | | | | | n/a |
| 50 | F | POS | 34.87 | 21.31 | NEG | Asx | | | | | | | | | | | | | n/a |
| 50 | F | POS | 34.73 | 24.63 | NEG | Asx | | | | | | | | | | | | | n/a |
| 56 | F | POS | 32.3 | 26.75 | NEG | Asx | | | | | | | | | | | | | n/a |
| 60 | F | POS | 31.6 | 26.5 | NEG | Asx | | | | | | | | | | | | | n/a |
| 71 | M | POS | 33.2 | 19.62 | NEG | Asx | | | | | | | | | | | | | n/a |
| 91 | M | POS | 34.56 | 24.54 | NEG | Asx | | | | | | | | | | | | | n/a |
| 21 | M | POS | 14.62 | 23.23 | POS | Asx | | | | | | | | | | | | | n/a |
| 22 | F | POS | 32.89 | 30.74 | POS | Asx | | | | | | | | | | | | | n/a |
| 22 | M | POS | 27.74 | 22.13 | POS | Asx | | | | | | | | | | | | | n/a |
| 23 | F | POS | 18.75 | 25.23 | POS | Asx | | | | | | | | | | | | | n/a |
| 23 | F | POS | 26.75 | 24.18 | POS | Asx | | | | | | | | | | | | | n/a |
| 24 | M | POS | 29.67 | 21.5 | POS | Asx | | | | | | | | | | | | | n/a |
| 27 | F | POS | 14.1 | 19.83 | POS | Asx | | | | | | | | | | | | | n/a |
| 27 | F | POS | 20.69 | 27.21 | POS | Asx | | | | | | | | | | | | | n/a |
| 28 | M | POS | 23.63 | 27.99 | POS | Asx | | | | | | | | | | | | | n/a |
| 29 | F | POS | 22.21 | 24.08 | POS | Asx | | | | | | | | | | | | | n/a |
| 31 | F | POS | 17.55 | 27.16 | POS | Asx | | | | | | | | | | | | | n/a |
| 31 | M | POS | 14.57 | 22.16 | POS | Asx | | | | | | | | | | | | | n/a |
| 32 | M | POS | 28.17 | 24.67 | POS | Asx | | | | | | | | | | | | | n/a |
| 34 | F | POS | 22.47 | 27.53 | POS | Asx | | | | | | | | | | | | | n/a |
| 35 | F | POS | 17.39 | 23.93 | POS | Asx | | | | | | | | | | | | | n/a |
| 38 | M | POS | 26.95 | 24.65 | POS | Asx | | | | | | | | | | | | | n/a |
| 39 | F | POS | 20.82 | 29.82 | POS | Asx | | | | | | | | | | | | | n/a |
| 42 | F | POS | 13.65 | 22.24 | POS | Asx | | | | | | | | | | | | | n/a |
| 42 | F | POS | 28.4 | 25.58 | POS | Asx | | | | | | | | | | | | | n/a |
| 48 | M | POS | 12.82 | 20.87 | POS | Asx | | | | | | | | | | | | | n/a |
| 48 | M | POS | 16.4 | 24.47 | POS | Asx | | | | | | | | | | | | | n/a |
| 49 | F | POS | 22.3 | 24.2 | POS | Asx | | | | | | | | | | | | | n/a |
| 50 | M | POS | 16.35 | 24.14 | POS | Asx | | | | | | | | | | | | | n/a |
| 51 | M | POS | 26.91 | 23.37 | POS | Asx | | | | | | | | | | | | | n/a |
| 51 | M | POS | 17.16 | 23.86 | POS | Asx | | | | | | | | | | | | | n/a |
| 53 | F | POS | 25.78 | 23.3 | POS | Asx | | | | | | | | | | | | | n/a |
| 53 | F | POS | 21.4 | 23.19 | POS | Asx | | | | | | | | | | | | | n/a |
| 54 | F | POS | 28.3 | 21.6 | POS | Asx | | | | | | | | | | | | | n/a |
| 57 | F | POS | 21.66 | 24.84 | POS | Asx | | | | | | | | | | | | | n/a |
| 60 | M | POS | 28.65 | 26.5 | POS | Asx | | | | | | | | | | | | | n/a |
| 61 | F | POS | 15.64 | 26.47 | POS | Asx | | | | | | | | | | | | | n/a |
| 61 | M | POS | 24.4 | 27.67 | POS | Asx | | | | | | | | | | | | | n/a |
| 61 | M | POS | 21.61 | 27.39 | POS | Asx | | | | | | | | | | | | | n/a |
| 63 | F | POS | 25.94 | 28.19 | POS | Asx | | | | | | | | | | | | | n/a |
| 64 | M | POS | 32.01 | 23.85 | POS | Asx | | | | | | | | | | | | | n/a |
| 65 | M | POS | 26.09 | 21.92 | POS | Asx | | | | | | | | | | | | | n/a |
| 67 | F | POS | 15.4 | 24.6 | POS | Asx | | | | | | | | | | | | | n/a |
| 71 | F | POS | 28.45 | 22.76 | POS | Asx | | | | | | | | | | | | | n/a |
| 71 | M | POS | 32.83 | 25.58 | POS | Asx | | | | | | | | | | | | | n/a |
| 79 | M | POS | 20.55 | 24.67 | POS | Asx | | | | | | | | | | | | | n/a |
| 29 | M | POS | 32.54 | 24.93 | NEG | Sx | | Y | Y | | | | Y | Y | Y | | | | 2 |
| 32 | F | POS | 31.56 | 20.47 | NEG | Sx | | Y | Y | Y | Y | | | | | | | | 2 |
| 63 | M | POS | 33.77 | 24.45 | NEG | Sx | | Y | | | | | | | | | | | 1 |
| 19 | F | POS | 26.23 | 23.73 | POS | Sx | Y | | Y | | Y | | Y | Y | | | | | 3 |
| 20 | F | POS | 20.47 | 22.8 | POS | Sx | Y | Y | | | | | Y | Y | | | | | 4 |
| 20 | M | POS | 27.87 | 24.95 | POS | Sx | | | | | | | | Y | | | | | 2 |
| 20 | M | POS | 14.55 | 22.4 | POS | Sx | | | | | | | | Y | | | | | 0 |
| 21 | F | POS | 17.94 | 23.13 | POS | Sx | | Y | | Y | | | Y | Y | | | Y | | 2 |
| 21 | M | POS | 16.28 | 23.96 | POS | Sx | | Y | Y | Y | | | | Y | | | Y | | 3 |
| 22 | F | POS | 20.59 | 21.94 | POS | Sx | | Y | | | | | Y | Y | | | | | 3 |
| 23 | F | POS | 20.16 | 27.91 | POS | Sx | | Y | | | | | Y | Y | Y | | | | 3 |
| 23 | M | POS | 27.72 | 28.5 | POS | Sx | Y | | | | Y | | | Y | | | Y | | 2 |
| 24 | M | POS | 20.41 | 28.39 | POS | Sx | Y | | Y | | Y | | Y | Y | | | | | 4 |
| 25 | M | POS | 29.26 | 22.95 | POS | Sx | Y | | | | | | Y | Y | | | | Y | 2 |
| 25 | F | POS | 20.81 | 25.63 | POS | Sx | | Y | | | | | Y | Y | | | | Y | 2 |
| 25 | F | POS | 19.47 | 21.79 | POS | Sx | | Y | | | | | Y | Y | | | | | 2 |
| 25 | M | POS | 26.26 | 24.39 | POS | Sx | | Y | Y | Y | Y | Y | | Y | | | | | 2 |
| 26 | M | POS | 15.62 | 24.26 | POS | Sx | | Y | | | | | | Y | | | | | 1 |
| 26 | M | POS | 19.19 | 22.21 | POS | Sx | | Y | | | | | | | | | | | 2 |
| 27 | F | POS | 17.79 | 25.23 | POS | Sx | | Y | Y | Y | | | Y | Y | | | | | 2 |

| | Sex | | Ct N2 | Ct RP | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | M | POS | 15.95 | 24.3 | POS | Sx | y | | | y | | | | y | | y | y | | | | | 2 |
| 27 | F | POS | 18.81 | 21.78 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 28 | M | POS | 25.41 | 24.61 | POS | Sx | | y | | y | | | y | | | | | y | y | | | 4 |
| 29 | F | POS | 16.5 | 21.78 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 29 | M | POS | 18.2 | 23.42 | POS | Sx | | | | | y | | | y | | | | | | | | 2 |
| 30 | M | POS | 27.23 | 29.61 | POS | Sx | | | | | | | | | | | | | | | | 2 |
| 31 | F | POS | 25.48 | 24.96 | POS | Sx | y | | y | | y | | y | | | y | | | | | | 3 |
| 31 | F | POS | 18.33 | 25.67 | POS | Sx | | | | | | | | | y | | | | | | | 1 |
| 31 | F | POS | 21.89 | 26.98 | POS | Sx | | y | y | | y | | | | | y | | | | | | 4 |
| 31 | F | POS | 15.21 | 23.27 | POS | Sx | | y | | y | | | y | | | y | | | | | | 4 |
| 31 | M | POS | 16.17 | 21.38 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 32 | F | POS | 29.47 | 26.43 | POS | Sx | | | | | y | | | y | y | y | | | | | | 6 |
| 32 | F | POS | 13.77 | 24.14 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 32 | M | POS | 26.76 | 24.76 | POS | Sx | | | | | | | | y | | y | | | | | | 3 |
| 33 | M | POS | 24.36 | 21.6 | POS | Sx | | | | | | | | | | | | | y | | | 3 |
| 33 | F | POS | 14.32 | 22.84 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 33 | F | POS | 17.12 | 21.83 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 34 | M | POS | 27.63 | 26.65 | POS | Sx | | | | | | | | | | y | | | | y | | 2 |
| 34 | M | POS | 30.52 | 23.25 | POS | Sx | y | | | | y | | | y | | y | | y | | y | | 5 |
| 34 | M | POS | 18.75 | 22.42 | POS | Sx | | | | | | | | | | | | | y | | | 1 |
| 35 | F | POS | 22.88 | 28.59 | POS | Sx | y | | | | | | | | | | | | | y | | 1 |
| 35 | F | POS | 16.4 | 22.27 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 35 | M | POS | 20.19 | 22.43 | POS | Sx | | | | | | | | y | | | | | | | | 2 |
| 35 | M | POS | 25.06 | 26.16 | POS | Sx | | | | | | | | | | y | | | | | | 2 |
| 35 | M | POS | 27.25 | 22.99 | POS | Sx | y | y | y | | | | | y | | | | | | | | 3 |
| 36 | F | POS | 22.81 | 27.54 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 37 | F | POS | 19.5 | 26.99 | POS | Sx | y | | y | | | | y | | | | | | | | | 2 |
| 37 | M | POS | 22.18 | 21.61 | POS | Sx | y | | | | | | | | | | | | | | | 2 |
| 38 | F | POS | 18.33 | 27.29 | POS | Sx | | y | y | | y | | | y | | y | | | | | | 6 |
| 38 | F | POS | 31.41 | 22.64 | POS | Sx | | | | | | | | | | y | | | | | | 1 |
| 38 | F | POS | 28.04 | 22.86 | POS | Sx | y | | | | | | | y | | | | | | | | 2 |
| 39 | M | POS | 29.14 | 29.32 | POS | Sx | y | | | | | | | | y | | | y | | y | | 6 |
| 39 | F | POS | 15.41 | 22.8 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 40 | F | POS | 20.77 | 24.58 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 40 | F | POS | 21.26 | 25.98 | POS | Sx | y | | | | | | | | | | | | y | | | 5 |
| 40 | M | POS | 23.03 | 20.72 | POS | Sx | y | | | | | | | y | | | | | | | | 2 |
| 41 | M | POS | 17.23 | 24.19 | POS | Sx | | | | | | | | | | | | | | | | 3 |
| 41 | M | POS | 19.24 | 21.43 | POS | Sx | y | | | | | | | | | | | | y | | | 2 |
| 42 | M | POS | 23.2 | 24.16 | POS | Sx | y | y | y | | | | | | | | | | | | | 2 |
| 44 | F | POS | 17.67 | 25.61 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 44 | F | POS | 15.2 | 22.19 | POS | Sx | y | | | | | | | | | | | | | | | 3 |
| 45 | M | POS | 18.7 | 23.76 | POS | Sx | y | | | | | | | | | | | | | | | 3 |
| 45 | F | POS | 21.15 | 24.76 | POS | Sx | y | | | | | | y | | | | | | | | | 3 |
| 46 | F | POS | 15.2 | 27.54 | POS | Sx | y | | | | | | y | | | | | | | | | 2 |
| 47 | F | POS | 32.6 | 27.59 | POS | Sx | | | | | | | | y | | y | | y | | | | 6 |
| 47 | M | POS | 26.77 | 23.56 | POS | Sx | y | | y | | | | | | y | | | | | | | 5 |
| 48 | F | POS | 34.58 | 24.96 | POS | Sx | | | | | y | | | | | | | | | | | 3 |
| 48 | M | POS | 21.82 | 24.66 | POS | Sx | y | | | | | | | | | | | | | | | 2 |
| 49 | M | POS | 30.73 | 21.95 | POS | Sx | y | | | | | | | | | | | | | | | 5 |
| 49 | M | POS | 19.16 | 21.67 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 50 | F | POS | 20.45 | 21.07 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 51 | M | POS | 16.57 | 26.99 | POS | Sx | | y | | y | | | y | | | y | | y | | | | 1 |
| 51 | M | POS | 15.46 | 21.47 | POS | Sx | y | | | | | | | | | | | | | | | 1 |
| 54 | M | POS | 24.18 | 24.5 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 54 | F | POS | 16.92 | 22.82 | POS | Sx | | | | | | | | y | | | | | | | | 1 |
| 54 | M | POS | 11.78 | 18.96 | POS | Sx | | | | | y | | | y | | | | | | | | 1 |
| 57 | M | POS | 18.69 | 28.26 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 57 | M | POS | 21.8 | 24.73 | POS | Sx | y | | | | | | | | | | | | | | | 2 |
| 60 | F | POS | 16.18 | 25.74 | POS | Sx | | | | | y | | | | | | | | | | | 1 |
| 61 | M | POS | 18.82 | 25.48 | POS | Sx | | | y | | | | y | | | | | | | | | 2 |
| 65 | F | POS | 14.61 | 23.24 | POS | Sx | | | | | y | | | | | | | | | | | 3 |
| 66 | M | POS | 15.35 | 18.78 | POS | Sx | y | y | | y | | | y | | | y | | y | y | | | 3 |
| 67 | M | POS | 33.69 | 25.16 | POS | Sx | | | | | | | | | y | y | | | | | | 2 |
| 70 | M | POS | 26.78 | 26.3 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 70 | M | POS | 22 | 25.3 | POS | Sx | | | | | | | | | | | | | | | | 2 |
| 32 | M | POS | 34.2 | 26.37 | NEG | Sx?+ | | | | | | | | y | | | | y | | y | | 7+ |
| 32 | F | POS | 34.05 | 23.27 | NEG | Sx?+ | | | | | | | | | | | | | | | | 7+ |
| 33 | M | POS | 33.79 | 25.88 | NEG | Sx?+ | | | y | | y | | | | | | | | | | | 7+ |
| 43 | M | POS | 34.56 | 25.89 | NEG | Sx?+ | y | | | y | | | | | | | | | | | | 7+ |
| 67 | F | POS | 30.4 | 25.95 | NEG | Sx?+ | | | | | | | | | | | | | | | | 7+ |
| 19 | F | POS | 22.78 | 22.71 | POS | Sx?+ | | | | | | | | | | y | | | | | | 7+ |
| 20 | M | POS | 29.39 | 22.48 | POS | Sx?+ | | | | | | | | | | y | | | | | | 7+ |
| 25 | F | POS | 29.8 | 24.6 | POS | Sx?+ | | | | | | | | | | | | | | | | 7+ |
| 30 | F | POS | 17.71 | 27.39 | POS | Sx?+ | y | | | | | | | | | | | | | | | 7+ |
| 30 | M | POS | 14.71 | 23.66 | POS | Sx?+ | | | | | | | | y | | | | | | | | 7+ |
| 34 | M | POS | 25.94 | 26.03 | POS | Sx?+ | | | | | | | | | | | | | | | | 7+ |
| 43 | M | POS | 27.12 | 19.54 | POS | Sx?+ | | | | | | | | | | | | y | | | | 7+ |
| 50 | F | POS | 34.56 | 24.45 | POS | Sx?+ | | | | | | | | y | | | | | | | | 7+ |
| 53 | M | POS | 17.8 | 23.87 | POS | Sx?+ | | | | | | | | y | | | | | | | | 7+ |
| 68 | M | POS | 20.24 | 23.53 | POS | Sx?+ | y | | | | | | | y | | | | | | | | 7+ |

F, female; M, male; POS, positive; Ct, cycle threshold; N2, SARS-CoV-2 target; RP, host control target; ASx, asymptomatic; Sx, symptomatic; n/a, not applicable

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Supplementary Table 2**

**Abbott BinaxNow results, RT-PCR Ct values, and symptoms in RT-PCR-positive children**

| Age | Sex | PCR Result | Ct (N2) | Ct (RP) | Binax Result | COVID-19 symptoms? | Sore throat? | Cough? | Chills? | Body Aches? | Short of Breath? | Fever? | Runny Nose? | Congestion? | Nausea? | Vomiting? | Diarrhea? | Loss of Taste or Smell? | #Days Since Symptom Onset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | F | POS | 33.59 | 21.55 | NEG | ASx | | | | | | | | | | | | | n/a |
| 0 | M | POS | 29.89 | 20.61 | NEG | ASx | | | | | | | | | | | | | n/a |
| 1 | M | POS | 34.26 | 21.97 | NEG | ASx | | | | | | | | | | | | | n/a |
| 2 | M | POS | 37.1 | 26.4 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 31.7 | 21.76 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 26.7 | 19.84 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 36.51 | 24.03 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | M | POS | 28.93 | 21.76 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | M | POS | 32.44 | 24.73 | NEG | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 32.31 | 22.46 | NEG | ASx | | | | | | | | | | | | | n/a |
| 5 | M | POS | 32.87 | 26.98 | NEG | ASx | | | | | | | | | | | | | n/a |
| 6 | F | POS | 26.82 | 22.58 | NEG | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 33.01 | 20.2 | NEG | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 30.99 | 21.65 | NEG | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 33.72 | 23.35 | NEG | ASx | | | | | | | | | | | | | n/a |
| 7 | M | POS | 36.31 | 24.21 | NEG | ASx | | | | | | | | | | | | | n/a |
| 8 | M | POS | 34.62 | 22.23 | NEG | ASx | | | | | | | | | | | | | n/a |
| 9 | M | POS | 34.34 | 22.58 | NEG | ASx | | | | | | | | | | | | | n/a |
| 9 | M | POS | 27.42 | 21.64 | NEG | ASx | | | | | | | | | | | | | n/a |
| 10 | F | POS | 32.47 | 22.45 | NEG | ASx | | | | | | | | | | | | | n/a |
| 10 | M | POS | 34.07 | 25.45 | NEG | ASx | | | | | | | | | | | | | n/a |
| 12 | F | POS | 27.45 | 24.01 | NEG | ASx | | | | | | | | | | | | | n/a |
| 12 | M | POS | 39.84 | 24.35 | NEG | ASx | | | | | | | | | | | | | n/a |
| 12 | M | POS | 23.43 | 20.22 | NEG | ASx | | | | | | | | | | | | | n/a |
| 12 | F | POS | 32.83 | 24.29 | NEG | ASx | | | | | | | | | | | | | n/a |
| 13 | F | POS | 26.89 | 21.82 | NEG | ASx | | | | | | | | | | | | | n/a |
| 14 | F | POS | 32.78 | 23.33 | NEG | ASx | | | | | | | | | | | | | n/a |
| 15 | F | POS | 36.84 | 20.19 | NEG | ASx | | | | | | | | | | | | | n/a |
| 15 | F | POS | 33.39 | 22.53 | NEG | ASx | | | | | | | | | | | | | n/a |
| 16 | M | POS | 36.5 | 19.31 | NEG | ASx | | | | | | | | | | | | | n/a |
| 16 | F | POS | 33.08 | 22.33 | NEG | ASx | | | | | | | | | | | | | n/a |
| 16 | F | POS | 33.5 | 19.98 | NEG | ASx | | | | | | | | | | | | | n/a |
| 16 | F | POS | 35.4 | 22.32 | NEG | ASx | | | | | | | | | | | | | n/a |
| 17 | F | POS | 34.88 | 24.47 | NEG | ASx | | | | | | | | | | | | | n/a |
| 17 | M | POS | 34.47 | 25.58 | NEG | ASx | | | | | | | | | | | | | n/a |
| 18 | F | POS | 32.22 | 21.37 | NEG | ASx | | | | | | | | | | | | | n/a |
| 18 | F | POS | 33.9 | 26.17 | NEG | ASx | | | | | | | | | | | | | n/a |
| 0 | M | POS | 13.48 | 23.3 | POS | ASx | | | | | | | | | | | | | n/a |
| 0 | F | POS | 17.72 | 27.64 | POS | ASx | | | | | | | | | | | | | n/a |
| 0 | F | POS | 32.61 | 20.25 | POS | ASx | | | | | | | | | | | | | n/a |
| 1 | F | POS | 27.34 | 21.61 | POS | ASx | | | | | | | | | | | | | n/a |
| 1 | M | POS | 14.35 | 20.71 | POS | ASx | | | | | | | | | | | | | n/a |
| 1 | M | POS | 19.05 | 26.8 | POS | ASx | | | | | | | | | | | | | n/a |
| 2 | F | POS | 29.77 | 25.68 | POS | ASx | | | | | | | | | | | | | n/a |
| 2 | F | POS | 25.61 | 19.76 | POS | ASx | | | | | | | | | | | | | n/a |
| 2 | M | POS | 16.75 | 20.83 | POS | ASx | | | | | | | | | | | | | n/a |
| 2 | F | POS | 21.51 | 20.22 | POS | ASx | | | | | | | | | | | | | n/a |
| 2 | F | POS | 22.88 | 20.41 | POS | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 23.96 | 22.89 | POS | ASx | | | | | | | | | | | | | n/a |
| 3 | F | POS | 20.94 | 20.45 | POS | ASx | | | | | | | | | | | | | n/a |
| 3 | M | POS | 25.56 | 20.35 | POS | ASx | | | | | | | | | | | | | n/a |
| 4 | M | POS | 21.68 | 19 | POS | ASx | | | | | | | | | | | | | n/a |
| 5 | M | POS | 27.84 | 18.48 | POS | ASx | | | | | | | | | | | | | n/a |
| 6 | M | POS | 29.61 | 19.83 | POS | ASx | | | | | | | | | | | | | n/a |
| 6 | M | POS | 17.63 | 21.84 | POS | ASx | | | | | | | | | | | | | n/a |
| 6 | M | POS | 13.11 | 20.96 | POS | ASx | | | | | | | | | | | | | n/a |
| 6 | M | POS | 21.53 | 24.64 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | M | POS | 27.57 | 22.55 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 21.51 | 22.87 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | M | POS | 14.5 | 23.54 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | M | POS | 22.1 | 28.85 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 27.82 | 23.9 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 29.83 | 20.78 | POS | ASx | | | | | | | | | | | | | n/a |
| 7 | F | POS | 18.13 | 24.45 | POS | ASx | | | | | | | | | | | | | n/a |
| 8 | F | POS | 18.38 | 28.23 | POS | ASx | | | | | | | | | | | | | n/a |
| 8 | F | POS | 15.28 | 22.14 | POS | ASx | | | | | | | | | | | | | n/a |
| 8 | F | POS | 14.66 | 20.35 | POS | ASx | | | | | | | | | | | | | n/a |

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

| | | | Ct (N2) | Ct (RP) | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | F | POS | 32.73 | 21.97 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 8 | M | POS | 22.99 | 22.95 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 8 | F | POS | 22.4 | 24.28 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | F | POS | 19.96 | 22.67 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | F | POS | 15.45 | 21.72 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | F | POS | 23.99 | 19.95 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | M | POS | 34.59 | 22.05 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | M | POS | 20.54 | 23.4 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 9 | F | POS | 14.54 | 21.84 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 10 | M | POS | 35.88 | 25.08 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 10 | F | POS | 26.85 | 24.5 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 11 | F | POS | 16.98 | 24.86 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 11 | M | POS | 33 | 26.48 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 11 | M | POS | 29.63 | 20.77 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 12 | F | POS | 17.77 | 23.91 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 12 | F | POS | 19.38 | 21.69 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 12 | M | POS | 28.13 | 24.42 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 12 | M | POS | 26.13 | 21.43 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 13 | F | POS | 21.41 | 26.51 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 13 | M | POS | 15.02 | 23.09 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 13 | M | POS | 18.81 | 22.28 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 14 | M | POS | 23 | 23.72 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 14 | F | POS | 34.35 | 25.54 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 14 | F | POS | 25.82 | 24.55 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | F | POS | 23.74 | 20.75 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | M | POS | 32.1 | 22.45 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | F | POS | 21.48 | 22.93 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | M | POS | 24.18 | 22.59 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | M | POS | 16.09 | 23.35 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | F | POS | 21.04 | 23.6 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | F | POS | 20.9 | 23.6 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 15 | F | POS | 30.4 | 25.71 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 16 | M | POS | 16.99 | 21.01 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 16 | F | POS | 18.29 | 23.6 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 17 | F | POS | 19.81 | 21.22 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 17 | F | POS | 18.1 | 22.44 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 17 | F | POS | 17.2 | 24.71 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 17 | F | POS | 24.45 | 24.72 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 17 | F | POS | 21.3 | 26.47 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 18 | F | POS | 35.73 | 23.96 | POS | ASx | | | | | | | | | | | | | | | | n/a |
| 12 | F | POS | 27.2 | 22.72 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 12 | F | POS | 35.74 | 25.98 | NEG | Sx | | | | | | | | | | | Y | | | | | 1 |
| 14 | F | POS | 31.43 | 27.78 | NEG | Sx | Y | | Y | Y | Y | Y | | | | | Y | | | | | 4 |
| 15 | M | POS | 34.2 | 27.7 | NEG | Sx | | Y | | | | | | | | | Y | | | | | 1 |
| 1 | M | POS | 13.91 | 19.02 | POS | Sx | | | | | | | | | | | | | | | | 6 |
| 1 | M | POS | 15.21 | 25.39 | POS | Sx | | | | | | | | | Y | Y | | | | | | 1 |
| 7 | F | POS | 26.84 | 26.63 | POS | Sx | | | | | | | Y | | Y | Y | | | | | | 2 |
| 9 | M | POS | 32.74 | 22.38 | POS | Sx | | Y | | | | | | | | | | | | | | 1 |
| 9 | F | POS | 14.62 | 22.48 | POS | Sx | | Y | | | Y | | | | | | | | | | | 2 |
| 10 | F | POS | 26.34 | 25.6 | POS | Sx | Y | | | | | | | | | | | | | Y | | 2 |
| 10 | F | POS | 20.87 | 26.76 | POS | Sx | | | | | | | | | | | | | | | | 0 |
| 11 | M | POS | 16.5 | 25.98 | POS | Sx | Y | | | | | | | | | Y | | Y | | | | 2 |
| 11 | M | POS | 27.67 | 20.53 | POS | Sx | | | | | | | | | | | | | | | | 4 |
| 12 | M | POS | 26.22 | 26.25 | POS | Sx | Y | | | | | Y | Y | Y | | Y | | | | | | 5 |
| 14 | F | POS | 12.21 | 23.05 | POS | Sx | Y | Y | Y | Y | Y | | | | | Y | | | | | | 3 |
| 14 | F | POS | 21.13 | 22.5 | POS | Sx | Y | Y | | | | | Y | | | Y | | | | | | 2 |
| 14 | F | POS | 20.34 | 22.95 | POS | Sx | Y | Y | Y | Y | | | | Y | | | | | | | | 7 |
| 14 | M | POS | 17.74 | 23.27 | POS | Sx | Y | Y | Y | Y | Y | | | | | Y | | | | | | 7 |
| 16 | F | POS | 26.61 | 25.71 | POS | Sx | Y | Y | Y | | Y | | | | | Y | | | | | | 6 |
| 17 | F | POS | 21.69 | 26.48 | POS | Sx | | | | | | | | Y | | | | | | Y | | 4 |
| 17 | F | POS | 25.69 | 23.37 | POS | Sx | | | Y | | | | | | | | | | | | | 0 |
| 18 | F | POS | 24.75 | 27.03 | POS | Sx | | | | | | | | | | | | | | | | 1 |
| 18 | M | POS | 14.9 | 21.68 | POS | Sx | | | | | Y | | | | Y | | | | | | | 1 |
| 18 | F | POS | 30.63 | 22.9 | POS | Sx | Y | | | | | | | Y | | | | | | | | 4 |
| 18 | F | POS | 23.55 | 20.27 | POS | Sx | | | | | Y | | | Y | | Y | Y | | | | | 1 |
| 18 | F | POS | 15.69 | 21.66 | POS | Sx | | | | | | | | | | Y | | | | Y | | 15 |
| 2 | F | POS | 27.65 | 25.53 | POS | Sx | | Y | | | Y | | | | Y | | | | Y | | | 1 |
| 18 | F | POS | 26.79 | 27.71 | POS | Sx | | Y | | | Y | | | | Y | | | | | Y | | 11 |

F, female; M, male; POS, positive; Ct, cycle threshold; N2, SARS-CoV-2 target; RP, host control target; ASx, asymptomatic; Sx, symptomatic; n/a, not applicable

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Supplementary Table 3**

**Distribution of positive and negative BinaxNOW and RT-PCR results across clinical subgroups**

| Asymptomatic (Children: ≤18 yo) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 70 | 7 | 77 |
| Negative | 37 | 715 | 752 |
| Total (12.9% prevalence) | 107 | 722 | 829 |

| Asymptomatic (Adults: >18 yo) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 40 | 4 | 44 |
| Negative | 17 | 913 | 930 |
| Total (5.9% prevalence) | 57 | 917 | 974 |

| Symptomatic ≤7 days (Children: ≤18 yo) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 22 | 0 | 22 |
| Negative | 4 | 65 | 69 |
| Total (28.6% prevalence) | 26 | 65 | 91 |

| Symptomatic ≤7 days (Adults: >18 yo) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 82 | 0 | 82 |
| Negative | 3 | 270 | 273 |
| Total (23.9% prevalence) | 85 | 270 | 355 |

| Symptomatic (Children: >7 days) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 2 | 0 | 2 |
| Negative | 0 | 6 | 6 |
| Total (25% Prevalence) | 2 | 6 | 8 |

| Symptomatic (Adults: >7 days) | | | |
|---|---|---|---|
| | RT-PCR | | |
| **BinaxNOW Ag** | Positive | Negative | Total |
| Positive | 10 | 1 | 11 |
| Negative | 5 | 35 | 40 |
| Total (29.4% prevalence) | 15 | 36 | 51 |

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

**Supplementary Table 4**

**Predictive value of the Abbott BinaxNOW for detection of SARS-CoV-2 in samples from adult and pediatric (≤18) patients, with varying prevalence, based on observed sensitivity/specificity in each subgroup.**

| | Prevalence | | | |
|---|---|---|---|---|
| | **20%** | **10%** | **5%** | **1%** |
| **PPV** | | | | |
| Adult, Sx ≤7D | 100% | 100% | 100% | 100% |
| Adult, ASx | 97.65% (93.91-99.12) | 94.87% (87.27-98.03) | 89.75% (76.45-95.93) | 62.68% (38.39-81.91) |
| Pediatric, Sx ≤7D | 100% | 100% | 100% | 100% |
| Pediatric, ASx | 93.41% (88.32-96.38) | 86.30% (77.06-92.20) | 74.91% (61.41-84.85) | 36.42% (23.40-51.80) |
| **NPV** | | | | |
| Adult, Sx ≤7D | 99.17% (98.38-99.58) | 99.63% (99.27-99.81) | 99.82% (99.65-99.91) | 99.97% (99.93-99.98) |
| Adult, ASx | 93.15% (90.11-95.30) | 96.83% (95.35-97.85) | 98.47% (97.74-98.97) | 99.70% (99.56-99.80) |
| Pediatric, Sx ≤7D | 96.30% (95.20-97.15) | 98.32% (97.81-98.71) | 99.20% (98.95-99.39) | 99.84% (99.80-99.88) |
| Pediatric, ASx | 91.89% (89.95-93.49) | 96.23% (95.27-97.00) | 98.18% (97.70-98.55) | 99.64% (99.55-99.72) |

PPV and NPV were calculated using the sensitivity and specificity observed in each subgroup for a hypothetical population of 1000 individuals per subgroup, with varying prevalence. PPV, positive predictive value; NPV, negative predictive value; Sx, symptomatic; ASx, asymptomatic; D, days

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Supplementary Table 5**

**Performance of the Abbott BinaxNOW versus RT-PCR with varied Ct value cutoffs**

| | All Ct Values | | | | Ct values ≤ 35 | | | | Ct values ≤ 30 | | | | Ct values ≤ 25 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | TP (+/+) | FN (+/-) | Sens | N | TP (+/+) | FN (+/-) | Sens | N | TP (+/+) | FN (+/-) | Sens | N | TP (+/+) | FN (+/-) | Sens |
| Combined All | 292 | 226 | 66 | 77.4% | 276 | 224 | 52 | 81.2% | 214 | 205 | 9 | 95.8% | 150 | 149 | 1 | 99.3% |
| All Children (Sx, ASx) | 135 | 94 | 41 | 69.6% | 125 | 92 | 33 | 73.6% | 92 | 83 | 9 | 90.2% | 62 | 61 | 1 | 98.4% |
| All Adult (Sx, ASx) | 157 | 132 | 25 | 84.1% | 151 | 132 | 19 | 87.4% | 122 | 122 | 0 | 100.0% | 88 | 88 | 0 | 100% |
| Sx (≤7D) Children | 26 | 22 | 4 | 84.6% | 25 | 22 | 3 | 88.0% | 21 | 20 | 1 | 95.2% | 14 | 14 | 0 | 100% |
| Sx (≤7D) Adult | 85 | 82 | 3 | 96.5% | 85 | 82 | 3 | 96.5% | 76 | 76 | 0 | 100.0% | 59 | 59 | 0 | 100% |
| ASx Children | 107 | 70 | 37 | 65.4% | 98 | 68 | 30 | 69.4% | 69 | 61 | 8 | 88.4% | 48 | 47 | 1 | 97.9% |
| ASx Adult | 57 | 40 | 17 | 70.2% | 51 | 40 | 11 | 78.4% | 37 | 37 | 0 | 100.0% | 24 | 24 | 0 | 100% |

Ct, cycle threshold; TP, true positive (RT-PCR positive/BinaxNOW positive); FN, false negative (RT-PCR positive/BinaxNOW negative); Sens, sensitivity; Sx, symptomatic; ASx, asymptomatic; D, days; Ped, pediatric

Accepted Manuscript Posted Online

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

**Supplementary Table 6**

**Impact of temperature on BinaxNOW performance in individuals ≤7 days post symptom onset**

| BinaxNOW result | RT-PCR result | | | | | |
|---|---|---|---|---|---|---|
| | Temperature range: ≥59°F | | | Temperature range: 46-58.5°F | | |
| | Positive | Negative | Total | Positive | Negative | Total |
| Positive | 104 | 0 | 104 | 6 | 1 | 7 |
| Negative | 7 | 335 | 342 | 3 | 20 | 23 |
| Total | 111 | 335 | 446 | 9 | 21 | 30 |
| Sensitivity | (104/111) 93.7% | | | (6/9) 66.7% | | |
| Specificity | (335/335) 100.0% | | | (20/21) 95.2% | | |

The manufacturer recommends that tests be run at temperatures ≥ 59°F. Ag, antigen; Sx, symptoms

Accepted Manuscript Posted Online

Journal of Clinical Microbiology

JCM

Journal of Clinical Microbiology

Downloaded from http://jcm.asm.org/ on March 5, 2021 at THOMAS JEFFERSON UNIV

**Supplementary Figure 1**

**Correlation of Cycle Threshold with BinaxNOW band strength**



Band strength (1= faint, n = 41; 2 = medium, n = 15; 3 = strong, n = 170) as interpreted by the first reader for the 226 true positive BinaxNOW tests correlated clearly with Ct value, with median Cts of 29.7 (27.6-32.7), 27.7 (25.5-29.1), and 19.5 (16.4-22.8), respectively.