EXHIBIT 5

# Journal Pre-proof

Prolonged SARS-CoV-2 cell culture replication in respiratory samples from patients with severe COVID-19

Maria Dolores Folgueira, MD PhD, Joanna Luczkowiak, PhD, Fátima Lasala, PhD, Alfredo Pérez-Rivilla, MD, Rafael Delgado, MD PhD

PII:            S1198-743X(21)00095-1

DOI:            https://doi.org/10.1016/j.cmi.2021.02.014

Reference:      CMI 2429

To appear in:   *Clinical Microbiology and Infection*

Received Date:  1 December 2020

Revised Date:   6 February 2021

Accepted Date:  10 February 2021

Please cite this article as: Folgueira MD, Luczkowiak J, Lasala F, Pérez-Rivilla A, Delgado R, Prolonged SARS-CoV-2 cell culture replication in respiratory samples from patients with severe COVID-19, *Clinical Microbiology and Infection*, https://doi.org/10.1016/j.cmi.2021.02.014.

This is a PDF file of an article that has undergone enhancements after acceptance, such as the addition of a cover page and metadata, and formatting for readability, but it is not yet the definitive version of record. This version will undergo additional copyediting, typesetting and review before it is published in its final form, but we are providing this version to give early visibility of the article. Please note that, during the production process, errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

© 2021 European Society of Clinical Microbiology and Infectious Diseases. Published by Elsevier Ltd. All rights reserved.

1 **Title:** Prolonged SARS-CoV-2 cell culture replication in respiratory samples from

2 patients with severe COVID-19

3

4 **Authors:** Maria Dolores Folgueira MD PhD,*[1,2,3] Joanna Luczkowiak PhD,[2] Fátima Lasala

5 PhD,[2] Alfredo Pérez-Rivilla MD[1,2] and Rafael Delgado MD PhD[1,2,3]

6

7 [1] Department of Clinical Microbiology, Hospital Universitario 12 de Octubre, Madrid,

8 Spain

9 [2] Research Institute Hospital 12 de Octubre, imas12, Madrid, Spain

10 [3] Department of Medicine, Complutense University of Madrid, School of Medicine,

11 Madrid, Spain

12

13 **Corresponding author**

14 Dr. María Dolores Folgueira

15 E-mail: mfolgueira@salud.madrid.org

16 Clinical Microbiology Department, Hospital Universitario 12 de Octubre, Avda. de

17 Córdoba s/n, Madrid-28041, SPAIN

18

19 Abstract word count: 254

20

21 Manuscript word count: 2499

22

23

24 **ABSTRACT**

25 **Objectives:** This study compares the infectivity of SARS-CoV-2 in respiratory samples

26 from patients with mild COVID-19 with those from hospitalised patients with severe

27 bilateral pneumonia. In severe COVID-19, we also analysed the presence of

28 neutralising activity in paired sera.

29 **Methods**: We performed cell cultures on 193 real-time reverse transcription

30 polymerase chain reaction respiratory samples, positive for SARS-CoV-2, obtained from

31 189 patients at various times, from clinical diagnosis to follow-up. Eleven samples were

32 obtained from asymptomatic individuals, 91 samples from 91 outpatients with mild

33 forms of COVID-19, and 91 samples from 87 inpatients with severe pneumonia. In

34 these patients, neutralising activity was analysed in 30 paired sera collected after

35 symptom onset >10 days.

36 **Results:** We detected a cytopathic effect (CPE) in 91 (91/193, 47%) samples. Viral

37 viability was maintained for up to 10 days in the patients with mild COVID-19. In the

38 patients with severe COVID-19, the virus remained viable for up to 32 days after the

39 onset of symptoms. Patients with severe COVID-19 presented infectious virus at a

40 significantly higher rate in the samples with moderate to low viral load (cycle threshold

41 value $\geq$26): 32/75 (43%) versus 14/63 (22%) for mild cases (*P* < 0.01). We observed a

42 positive CPE despite the presence of clear neutralising activity (NT50 >1:1024 in 10%

43 (3/30) of samples).

44 **Conclusions**: Patients with severe COVID-19 might shed viable virus during prolonged

45 periods of up to 4 weeks after symptom onset, even when presenting high cycle

46 threshold values in their respiratory samples and despite having developed high

47 neutralising antibody titres.

48    **INTRODUCTION**

49    SARS-CoV-2, a novel human coronavirus that emerged in Wuhan (China) in late

50    2019,[1,2] has been responsible for the largest pandemic in a century.

51    The use of real-time reverse transcription polymerase (rRT-PCR)[3] as a diagnostic and

52    follow-up tool for SARS-CoV-2 infection has led to hypotheses regarding infectivity

53    duration, the possibility of reactivation, and even reinfection.[4] Although rRT-PCR is the

54    gold standard diagnostic method, it is less useful as a follow-up technique, because

55    samples from patients who have overcome either mild or severe SARS-CoV-2 infection

56    still have detectable viral RNA for variable periods of time.[5-7] In the absence of

57    diagnostic methods with reliable quantification, the cycle threshold (Ct) value obtained

58    in amplification has been employed as a semiquantitative measure and has been

59    proposed as a parameter for elaborating approaches to removing patients from

60    isolation.[8] Establishing a reliable cut-off Ct value is difficult, given the large number of

61    available rRT-PCR-based diagnostic tests; the need to use more than 1 molecular test

62    in most clinical laboratories to meet growing demand, and the use of different types of

63    samples during patient follow-up. Hence, the importance of establishing the duration

64    of virus viability in various clinical situations. The assessment of SARS-CoV-2 viability

65    will help establish criteria for isolating patients.

66    The role of anti-SARS-CoV-2 neutralising antibodies in controlling viral excretion has

67    recently been evaluated,[9,10] finding differences in the titres achieved and antibody

68    persistence, depending on illness severity. It has also been suggested that the

69    presence of neutralising antibodies is correlated with the lack of viral viability in

70    respiratory samples.[7]

71  This study compared viral detection by rRT-PCR and the infectivity of SARS-CoV-2 in

72  respiratory samples from patients with mild COVID-19 with those from hospitalised

73  patients with severe bilateral pneumonia. In those patients with severe COVID-19, we

74  also analysed the presence of anti-SARS-CoV-2 immunoglobulin G (IgG) and the

75  neutralising activity in paired sera with respiratory samples, as well as the correlation

76  between its presence and viral viability.

77

78  **METHODS**

79  **Design, setting, and ethics**

80  This retrospective study focused on respiratory samples obtained during a 2-month

81  period that met the following requirements: (1) clinical record is available; (2)

82  collection on viral transport medium that ensures virus viability; (3) sufficient residual

83  volume after routine diagnostic assays; (4) samples processed with the same rRT-PCR

84  assay; (5) when a reduction in Ct values was detected during follow-up. The study was

85  approved by our institutional review board (Reference CEIm: 20/232).

86  **Samples and patients**

87  A total of 193 respiratory samples (186 nasopharyngeal exudates and 7 bronchial

88  aspirates) were processed by rRT-PCR and cell culture. All the samples were from adult

89  patients. Ninety-one samples were obtained from 91 patients with COVID-19-

90  compatible symptoms who did not require hospital admission and who were mostly

91  health care workers (HCWs (n = 76) attending the Occupational Health and Safety

92  Service for a first consultation or follow-up after a first positive rRT-PCR sample. Eleven

93  samples were collected from a different group of 11 asymptomatic individuals in

94  whom the virus was detected during pre-surgical or delivery screening for hospital

95  admission or during contact studies. Ninety-one samples were obtained from 87

96  hospitalised patients with severe COVID-19 pneumonia. The diagnosis of severe

97  COVID-19 was established by respiratory, laboratory, and radiographic findings.

98  Samples were obtained at various time points covering the time from clinical diagnosis

99  to follow-up during hospital care. Bronchial aspirates were collected during the follow-

100 up of patients admitted to the intensive care units (ICUs).

101 **Microbiological methods**

102 Nasopharyngeal samples were collected with flocked swabs in universal transport

103 medium (UTM) (Copan Diagnostics, Brescia, Italy). A previously published rRT-PCR

104 protocol for detecting the E gene[3] was adapted for processing on the Panther Fusion

105 Hologic (San Diego, CA, USA) automated molecular diagnostic platform, using its open

106 access functionality.[11] The Ct value obtained in this assay was employed as a measure

107 of relative quantification throughout the study.

108 For the cell culture, an aliquot (250 μL) of the residual sample was decontaminated

109 using gentamicin and amphotericin B, inoculated into 24-well plates on Vero E6 cells

110 (ATCC CCL-81), and cultured in Medium 199 supplemented with L-glutamine and 10%

111 foetal bovine serum. The plates were incubated in a 5% carbon dioxide atmosphere for

112 5 days. The development of a cytopathic effect (CPE) was examined daily. SARS-CoV-2

113 CPE specificity was confirmed by immunofluorescence (shell-vial technique) by using a

114 commercial anti-SARS-CoV-2 N protein (Rockland Immunochemicals, Inc., Limerick, PA,

115 USA) as the primary antibody and a goat anti-rabbit IgG labelled with Alexafluor 488

116 (Abcam, Cambridge, UK) as the secondary antibody. Upon CPE observation and at the

117 end of the cell culture incubation period, culture supernatants were collected from

118 each well and an rRT-PCR was performed, which was confirmed positive if it was at

5

119   least 3 Ct lower than the original sample. All cell culture-related procedures were

120   performed at a biosafety level 3 facility.

121   **Specific anti-SARS-CoV-2 antibody detection**

122   For 27 patients with severe COVID-19, we study a serum sample collected at least 10

123   days after symptom onset, paired with the analysed respiratory sample. In total, we

124   analysed the presence of IgG and neutralising antibodies[6] in 30 serum samples through

125   an IgG anti-SARS-CoV-2 chemiluminescent immunoassay (Abbott Laboratories) and

126   neutralisation assays. We employed the SARS-CoV-2-pseudotyped recombinant

127   vesicular stomatitis virus-expressing luciferase system to test the neutralising activity.

128   Virus-containing transfection supernatants were normalised for infectivity to a 0.5–1

129   multiplicity of infection and incubated with the serum sample dilutions at 37°C for 1 h

130   in 96-well plates. After the incubation, $2 \times 10^4$ Vero E6 cells were seeded onto the

131   virus-plasma mixture and incubated at 37°C for 24 h. Cells were then lysed and

132   assayed for luciferase expression. We calculated the 50% neutralisation titre ($NT_{50}$)

133   using a nonlinear regression model fit with settings for log (inhibitor) versus

134   normalised response curves.

135   **Data analysis**

136   We recorded and analysed the demographic data, COVID-19 severity, symptom onset

137   to test time (STT), whether the patient was undergoing immunosuppressive therapy at

138   the time of infection, Ct values, and CPE detection. $NT_{50}$ neutralising activity was

139   correlated with viral viability in the paired respiratory samples.

140   Quantitative variables are described using median and interquartile range (IQR) and

141   were compared using the Mann–Whitney U test. Categorical variables are expressed

142 as relative frequencies and were compared using Fisher's exact test. P-values <0.05

143 were considered statistically significant. The statistical analysis was performed using

144 GraphPad Prism v8 software.

145

146 **RESULTS**

147 **Patient and sample descriptions**

148 The mean age of the asymptomatic patients was 52.9 years (range 22–76), and 45%

149 (5/11) were women**.** The mean age of the patients with mild COVID-19 was 40.7 years

150 (range, 20–81), and 75% (68/91) were women. This mean age and sex distribution are

151 due to the fact that most of the individuals included in this group are HCWs. Inpatients

152 with severe COVID-19 had a mean age of 65.2 years (IQR 17–94), and 34% were

153 women (30/87).

154 The patients with mild COVID-19 consulted for their symptoms earlier (mean 3.2 days

155 [range 1–10], median 3 days [IQR 2–3]), than those with severe COVID-19 (mean 7.5

156 days [range 3–27], median 6 days [IQR, 4–10]; $P < 0.001$).

157 Seven (7/87, 8%) patients with severe COVID-19 were admitted to the ICUs and

158 underwent mechanical ventilation.

159 In total, 7 (7/87, 8%) patients with bilateral pneumonia died, presenting a higher

160 median age than the patients with bilateral pneumonia who recovered (80.0 vs. 64.5

161 years, $P < 0.01$).

162 Eighteen (18/87, 21%) patients with severe COVID-19 were undergoing

163 immunosuppressive therapy when they acquired the infection (12 had malignancies, 3

164 were solid transplant recipients, and 3 had autoimmune diseases).

165  For the entire patient group, 109 samples were obtained at clinical diagnosis, and 73

166  were collected during patient follow-up. The median Ct value was 29.2 (IQR 26.0–32.3)

167  for the inpatients' first samples (n = 63) and 25.2 (IQR 21.5–29.1) for the outpatients (n

168  = 46) ($P$ = 0.007). The 7 patients who died presented higher viral loads in the diagnostic

169  sample than the other patients with pneumonia (median Ct values 21.0 vs. 29.5, $P$ =

170  0.009). In contrast, first samples from the immunocompromised patients did not

171  presented significantly lower Ct values (27.0 vs. 29.5, $P$ = 0.2).

172  **Cell culture**

173  A CPE was detected in the cell culture in 91 (91/193, 47%) samples and was detectable

174  in most cases in 72 h (Figure 1). Initial samples presented viral replication at a higher

175  proportion than the follow-up samples: 69% (75/109) vs 15% (11/73) ($P$ < 0.001). The

176  mean collection time for the initial samples was 5 days (range 1–20, median 3, IQR 2–

177  7), whereas for the follow-up samples it was 18.8 days (range 10–32, median 20, IQR

178  10–25).

179  The percentage of samples that presented viral replication for each of the patient

180  groups is shown in Table 1, along with other sample data and patient demographics.

181  **Correlation between virus viability and time from symptom onset**

182  For the outpatients, a CPE was detected in 71% (17/24) of the samples obtained in the

183  first week after symptom onset. In this group of patients with mild COVID-19, the

184  maximum STT of a CPE-positive sample during follow-up was 10 days.

185  In the hospitalised patients with severe COVID-19, the virus was viable in 59% (16/27),

186  56% (9/16), and 64% (7/11) of the samples obtained in the first, second, and third

187  week, respectively, and in 25% (2/8) of the samples obtained beyond the third week

188 STT. The maximum STT of a CPE-positive sample in the severe COVID-19 group was 32

189 days.

190 Figure 2 shows the distribution of samples analysed by the collection week after

191 symptom onset, the percentage of samples with CPE in cell cultures in each week for

192 both patient groups, and their statistical significance.

193 **Correlation between virus viability and viral load (Figure 3)**

194 In both the mild and severe COVID-19 groups, the samples that showed viral

195 replication had significantly ($P < 0.001$) lower Ct values than the samples without

196 viable virus (23.3 [IQR 20.5–28.0] vs. 36.4 [IQR 31.8–39.1], respectively, for mild

197 COVID-19 and 27.7 [IQR 23.2–30.0] vs. 33.0 [IQR 30.4–38.0], respectively, for severe

198 COVID-19).

199 The samples with higher viral loads (Ct ≤25) in both patient groups showed viable virus

200 at a rate >90%. However, even the samples with low viral loads (Ct ≥35) could harbour

201 viable virus, although at a much lower proportion (5% for mild COVID-19 and 15% for

202 severe illness). Differences in viral viability between the outpatients and hospitalised

203 patients were dramatic in the samples with moderate or low viral loads (Ct ≥26).

204 Patients with severe COVID-19 presented infective virus at a significantly higher rate

205 (47%, 24/51) than outpatients (18%, 7/38) ($P < 0.01$).

206 In this regard, it is noteworthy that 2 of 7 bronchial aspirates presented CPE despite

207 the fact that the median Ct value for this type of sample was 35.0 (IQR 32.6–38.9).

208 **Correlation between viral replication and presence of anti-SARS-CoV-2 antibodies**

209 Of the 30 sera collected with STT >10 days, 12 were paired with a CPE-positive

210 respiratory sample, and 18 were paired with a CPE-negative respiratory sample.

9

211  In 7 samples, the presence of IgG and neutralising activity was not detected, 5 of which

212  paired with CPE-positive respiratory samples. In the remaining samples, both assays

213  were positive.

214  There was a significant difference between the $NT_{50}$ geometric mean titre between the

215  samples with and without CPE (107.2 vs. 699.69, $P = 0.04$). Most of the sera paired

216  with CPE-negative respiratory samples (16/18, 89%) had an $NT_{50} >1:80$, whereas only

217  5/12 (42%) sera paired with CPE-positive respiratory samples had an $NT_{50} >1:80$, $P =$

218  0.032). This difference was not due to a greater proportion of samples from

219  immunocompromised patients in the group of sera being paired with respiratory

220  samples presenting CPE (25%, 3/12 vs. 11%, 2/18; $P = 0.32$).

221  Production of high neutralising antibody titres >1:1024 was present in almost half

222  (14/30, 46.7%) of the samples. Despite this neutralising activity, viral replication was

223  detected in 21% (3/14) of the paired respiratory samples.

224  **DISCUSSION**

225  A systematic review and meta-analysis of the duration of viral shedding and

226  infectivity[12] have shown that, although the shedding of RNA in respiratory samples can

227  be prolonged, the detection of viable viruses does not occur after more than 9 days of

228  illness. Previous studies[5,7] have shown prolonged viral shedding in patients with severe

229  COVID-19 and its relation to high viral loads. Although we observed a significant

230  positive correlation between low Ct values and the presence of viable virus, this viral

231  load estimate appears insufficient for discriminating samples harbouring infective

232  virus. It is important to highlight that Ct values obtained for the same sample in

233  different rRT-PCR assays can vary remarkably[13]; thus, the correlation between Ct value

234  and viral viability should be determined for each assay.

235    Prolonged detection of viral replication has been demonstrated in immunosuppressed

236    patients[14]; however, our results show that viral replication can also be detected in

237    immunocompetent patients, even with moderate or low viral loads, for longer periods

238    of time than those previously described.[7,12,15] It remains to be seen whether this

239    finding is related to our higher cell culture positivity rate (51.6%) in patients with

240    severe COVID-19 compared with that reported previously (9%),[7] due to technical

241    factors such as cell line permissiveness to SARS-CoV-2.[16] Ideally, viral viability should

242    be measured in human nasopharyngeal epithelium cell culture.

243    The use of different types of samples from the upper respiratory tract has been

244    proposed for diagnosing SARS-CoV-2.[4] The demonstration that the nasal epithelium

245    has the highest expression of the angiotensin-converting enzyme 2 virus cell receptor[17]

246    indicates that nasopharyngeal exudate is the more suitable respiratory sample to

247    investigate virus viability, which was the upper respiratory tract sample type analysed

248    in our study.

249    We have found a positive correlation between serum neutralisation activity and SARS-

250    CoV-2 nonviability in cell cultures. Nevertheless, we observed a positive CPE in patients

251    with severe COVID-19, despite the presence of clear neutralising activity ($NT_{50}$ >1:80).

252    It remains to be seen whether this high level of neutralising antibodies plays some

253    pathogenic role.[18,19] In our series, 2 patients who presented very high (>1:1024) $NT_{50}$

254    titres required ICU admission and mechanical ventilation. Interestingly, this fact has

255    been reported for patients with SARS-CoV-1 infection, in whom rapid production of

256    high neutralising titres was associated with poor prognoses,[20,21] and recently for SARS-

257    CoV-2 infection.[22,23] These apparently contradictory results can only be explained by

258    performing longitudinal studies to assess the kinetics of viral replication and of

259 antibodies, as well as virus-specific T cell response, in patients with varying disease

260 severity.

261 In summary, we detected a completely different pattern of SARS-CoV-2 viability in

262 upper respiratory tract samples from mild cases, in which viral replication in the upper

263 respiratory tract occurs for a short period (maximum STT, 10 days), compared with

264 hospitalised patients with severe COVID-19, in whom viable virus can frequently be

265 demonstrated during prolonged periods of up to 4 weeks, both in their upper and

266 lower respiratory tract samples, even in the presence of high levels of neutralising

267 activity. These results have important implications to discontinue isolation

268 precautions, given we have demonstrated that immunocompetent patients with

269 severe disease can shed viable virus for long periods of time. For mild COVID-19,

270 quarantine should be extended to at least 10 days.

271

272 **Transparency declaration**

273 We declare that we have no conflicts of interest.

274

275 **Funding**

276 This study was supported by the Research Institute Carlos III (grants FIS PI 1801007

277 and FIS PI1800740), by the European Union Commission Horizon 2020 Framework

278 Program (Project VIRUSCAN FETPROACT-2016: 731868) and by Fundacion Caixa-Health

279 Research (Project StopEbola).

280

281 **Authors' contributions**

282   M.D.F. and R.D. were involved in the design and supervision of this study; J.L., F.L., and

283   M.D.F performed experiments; A.P.R. collected data; and M.D.F., J.L., A.P.R., and R.D.

284   performed the data analysis. All the authors were involved in writing the paper and

285   have approved the final version.

286

287   **Acknowledgements**

288   We would like to express our gratitude to Dra. Estela Paz and the Immunology

289   Department for their help in providing residual serum samples.

290   The professional editing service ServingMed.com provided technical editing of the

291   manuscript prior to submission.

292   **References**

293   1.      Zhou P, Yang X-L, Wang X-G, et al. A pneumonia outbreak associated with a

294   new coronavirus of probable bat origin. Nature 2020;579:270-3.

295   2.      Zhu N, Zhang D, Wang W, et al. A Novel Coronavirus from Patients with

296   Pneumonia in China, 2019. N Engl J Med 2020;382:727-33.

297   3.      Corman VM, Landt O, Kaiser M, et al. Detection of 2019 novel coronavirus

298   (2019-nCoV) by real-time RT-PCR. Euro Surveill 2020;25.

299   4.      Sethuraman N, Jeremiah SS, Ryo A. Interpreting Diagnostic Tests for SARS-CoV-

300   2. JAMA 2020.

301   5.      Wolfel R, Corman VM, Guggemos W, et al. Virological assessment of

302   hospitalized patients with COVID-2019. Nature 2020.

303   6.      Bullard J, Dust K, Funk D, et al. Predicting infectious SARS-CoV-2 from diagnostic

304   samples. Clin Infect Dis 2020.

305   7.      van Kampen JJA, van de Vijver DAMC, Fraaij PLA, et al. Shedding of infectious

306   virus in hospitalized patients with coronavirus disease-2019 (COVID-19): duration and

307   key determinants. medRxiv 2020:2020.06.08.20125310.

308   8.      Tom MR, Mina MJ. To interpret the SARS-CoV-2 test, consider the cycle

309   threshold value. Clin Infect Dis. 2020

310   9.      Amanat F, Stadlbauer D, Strohmeier S, et al. A serological assay to detect SARS-

311   CoV-2 seroconversion in humans. Nat Med 2020.

312   10.     Long Q-X, Liu B-Z, Deng H-J, et al. Antibody responses to SARS-CoV-2 in patients

313   with COVID-19. Nature medicine. 2020.

314   11.     Cordes AK, Heim A. Rapid random access detection of the novel SARS-

315   coronavirus-2 (SARS-CoV-2, previously 2019-nCoV) using an open access protocol for

316   the Panther Fusion. J Clin Virol 2020;125:104305.

317   12.     Cevik M, Tate M, Lloyd O, Maraolo AE, Schafers J, Ho A. SAES-CoV-2, SARS-CoV,

318   and MERS-CoV  viral load dynamics, duration of viral shedding, and infectiousness: a

319   systematic review and meta-analysis. The Lancet Microbe 2021; 2: e13-22.

320   13.     Wirden M, Feghoul L, Bertine M, et al. J Clin Virol. 2020 Sep;130:104573. doi:

321   10.1016/j.jcv.2020.104573.

322   14.     Avanzato VA, Matson MJ, Seifert SN, et al. Case study: prolonged Infectious

323   SARS-CoV-2 shedding from an asymptomatic immunocompromised individual with

324   cancer. Cell 2020; 183: 1901-1912.

325   15.     Walsh KA, Spillane S, Comber L, et al. The duration of infectiousness of

326   individuals infected with SARS-CoV-2. Journal of Infection 2020; 81: 847-856

327    16.    Matsuyama S, Nao N, Shirato K, et al. Enhanced isolation of SARS-CoV-2 by

328    TMPRSS2-expressing cells. Proc Natl Acad Sci U S A. 2020 117(13): 7001-7003.

329    17.    Hou YJ, Okuda K, Edwards CE, et al. SARS-CoV-2 Reverse Genetics Reveals a

330    Variable Infection Gradient in the Respiratory Tract. Cell 2020.

331    18.    Siddiqi HK, Mehra MR. COVID-19 illness in native and immunosuppressed

332    states: A clinical-therapeutic staging proposal. J Heart Lung Transplant 2020;39:405-7.

333    19.    Liu L, Wei Q, Lin Q, et al. Anti–spike IgG causes severe acute lung injury by

334    skewing macrophage responses during acute SARS-CoV infection. JCI Insight 2019;4.

335    20.    Vabret N, Britton GJ, Gruber C, et al. Immunology of COVID-19: current state of

336    the science. Immunity.

337    21.    Ho M-S, Chen W-J, Chen H-Y, et al. Neutralizing antibody response and SARS

338    severity. Emerging infectious diseases 2005;11:1730-7.

339    22.    Piccoli L, Park YJ, Tortorici MA, et al. Mapping Neutralizing and

340    Immunodominant Sites on the SARS-CoV-2 Spike Receptor-Binding Domain by

341    Structure-Guided High-Resolution Serology. Cell 2020; 183, 1024-1042.

342    23.    Robbiani DF, Gaebler C, Muecksch F, et al. Convergent antibody responses to

343    SARS-CoV-2 in convalescent individuals. Nature. 2020; 584: 437-442

344

345

346

347

348

**Table 1.** Main patient and sample data for all patient groups

| | Asymptomatic | Mild COVID-19 HCW | Mild COVID-19 Non-HCW | Severe COVID-19 Immunocompromised | Severe COVID-19 Exitus | Severe COVID-19 Other Pneumonia |
|---|---|---|---|---|---|---|
| Number of patients (Total N=189) | 11 | 76 | 15 | 18 | 7 | 62 |
| Age Mean, (range) | 52.9 (22-76) | 40.2 (20-62) | 43.1 (26-81) | 59.1 (42-77) | 79.28 (70-91) | 65.7 (17-94) |
| Female sex Number (%) | 5 (45) | 59 (78) | 5 (33) | 6 (30) | 3 (43) | 24 (39) |
| Number of samples (Total N=193) | 11 | 76 | 15 | 18 | 7 | 66 |
| rRT-PCR Ct value Median, (IQR) | 34.9 (21.3-39.5) | 32.1 (26.0-37.6) | 25.3 (24.0-35.8) | 28.5 (22.6-35.9) | 21.1 (19.9-26.4) | 31.5 (28.2-34.9) |
| STT Mean, (range) | NA | 9.5 (2.0-16.0) | 7 (3.0-10.0) | 8.5 (5.0-20.2) | 5 (4.0-10.0) | 9.5 (5.0-15.2) |
| CPE positive samples Number, (%) | 5 (45) | 31 (41) | 8 (53) | 11 (61) | 6 (86) | 30 (45) |

HCW: health care worker; IQR: interquartile range; STT: symptom onset to test time; CPE: cytopathic effect; rRT-PCR: real-time reverse transcription polymerase chain reaction; Ct: cycle threshold









A

Ct ≥26; P=0.01

Percentage of CPE positive samples

Mild COVID-19
Severe COVID-19

≤ 25    26-30    31-35    > 35

Ct value

B

● Viral replication in mild COVID-19      ○ Non viable virus in mild COVID-19
● Viral replication in severe COVID-19    ○ Non viable virus in severe COVID-19

Ct value

Symptoms to test (days)