EXHIBIT 6

# INDEX OF EXHIBITS TO
# DECLARATION OF MATTHEW PETTENGILL PhD

**Exhibit 1**        CV Matthew Pettengill PhD

**Exhibit 2**        Pettengill-McAdam Paper

**Exhibit 3**        BinaxNOW performance and implementation manuscript

**Exhibit 4**        Perchetti Paper

**Exhibit 5**        Folgueira manuscript

**Exhibit 6**        Index of Exhibits