EXHIBIT 1

Treasure Mountain Junior High
2530 Kearns Boulevard
Park City, Utah 84060
(435) 645-5640
(435) 645-5649 fax

Caleb Fine, Principal
Sam Salinas, Assistant Principal
Melissa Tschabrun, Assistant Principal



January 12, 2021

Treasure Mountain Junior High and Park City Community:

At this time, the Park City High School, Treasure Mountain and Summit County are experiencing a rise in positive COVID-19 cases, and will move to remote learning for a period of ten-days on Wednesday, January 13, 2021. PCHS and TMJH will return to in-person learning on Monday, January 25, 2021. This is not a recommendation that we take lightly, but are doing so to keep our students, staff, and their families safe.

The current data shows that this is clearly the right move for Park City High School in particular, but also to ensure we slow any spread of the virus at Treasure Mountain Junior High School which has a large number of students who access courses at the high school daily. It's clear that we are seeing a post-holiday surge, and we wish to isolate and mitigate the spread throughout the school community at a time. Vaccinations for educators will be rolled out as early as this week in collaboration with the Summit County Health Department and Park City Hospital.

Using a variety of mitigation strategies, PCSD schools have safely remained open for this first half of the school year. With this brief pause to reset, along with robust testing upon return to in-person learning, we are creating conditions for student success.

None of the decisions our community has had to make this year have been easy or made lightly, but they have been made with the best interest of the school community in mind.

Thank you for your support,

Caleb Fine
Principal

# Remote Learning:

**Food Services:**
Breakfast and lunch will be provided to all students free of charge who choose to utilize the food services program. Meals will be available for curb-side pick-up in the bus lane from the hours of 8:00-11:00 at each respective school.

**Instructional Continuity Plan (ICP) for TMJH**:
As we move to a remote learning schedule until January 25th, the PCSD Instructional Continuity Plan will begin on Wednesday, January 13, 2021. All students are expected to log into Canvas and complete online work beginning Jan 13th.

1. **Educational Content Delivery:** Students will access all content and instruction on the [Canvas Learning Management System](#).
2. **Electronic and Digital Devices:** All students will utilize their issued computers. If WIFI hotspots are needed or technical difficulties arise, please contact the PCSD Tech Department as soon as possible.
3. **Technology Support:** If you need technical support over the closure, please submit a helpdesk ticket using the following **link**. Technical support personnel will respond and give you further instructions. The tech office within the high school will remain open over the closure and be available for students to come in for assistance.

**Daily Schedule:**

| Time | Wed Jan 13 | Thurs Jan 14 | Fri Jan 15 | Tues Jan 19 | Wed Jan 20 | Thurs Jan 21 | Fri Jan 22 |
|---|---|---|---|---|---|---|---|
| 7:35 - 10:00 am | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment |
| Block 1: 10:00 - 10:45am | 1W | 1R | Learning Reinforcement | 1W | 1R | 1W | Learning Reinforcement |
| Block 2: 11:00 - 11:45am | 2W | 2R | Learning Reinforcement | 2W | 2R | 2W | Learning Reinforcement |
| 12:00 - 12:30pm | Lunch and Screen Free Time | | | | | | |
| Block 3: 12:30 - 1:15pm | 3W | 3R | Learning Reinforcement | 3W | 3R | 3W | Learning Reinforcement |
| Block 4: 1:30 - 2:15pm | 4W | 4R | Learning Reinforcement | 4W | 4R | 4W | Learning Reinforcement |

Table header: Treasure Mountain Junior High Schol & Park City High School

The morning block of time is meant for students to complete coursework required for classes. It is the expectation that students are engaged in their learning during regular school hours.

- **In the remote instruction schedule are students required to attend live virtual sessions?**
  It is expected that students are in attendance at live sessions. Teachers will be mindful of individual student needs during emergency remote learning and should work with students and families who need exceptions.

- **Will teachers monitor the amount of time a student spends online?**
  Teachers are not required to determine and/or track the amount of time that a student is spending online but are responsible for taking attendance. As students log-in and engage in PCSD online learning platforms, their activity equates to being present for attendance purposes.

PCSD Link to the complete Instructional Continuity Plan:
https://drive.google.com/file/d/1iJY86IvFtYHwR-5JY0hxezkIz6ngdM55/view

## Test To Stay:
PCHS and TMJH will implement a "Test to Stay" program in order to remain open following our period of remote learning. This means that all students and staff must COVID test at the school every other week to remain in the building. We have been doing this successfully with our athletics and extracurricular activities and will now expand to the entire student body. We will be sending out a student testing schedule in the coming days.

- **Registering for COVID testing**
  The State of Utah uses RedCap to track testing within educational institutions. To give consent for testing, all parents/guardians must complete the RedCap registration for each of their students. If you choose not to do the online registration, you may email kward@pcschools.us to receive a paper consent form.

  **RedCap Consent and Registration Link (Please note it is the correct link for TMJH even though it says PCHS):**
  https://c19.health.utah.gov/surveys/?s=3XDE77E4CK&dagid=PTI-ParkCityHigh

- **What if my student has tested positive for COVID-19 in the last 90 days?**
  A documented positive COVID test is sufficient for the 90 day timeframe. After 90 days from the date of positivity students will be required to be part of the testing program at the school.

- **COVID-19 Testing Schedule for all students**
  We will be testing approximately 100 students per day on a two week rotation.

- **What if we do not want our student tested?**
  If you choose not to have your student tested, they may need to become a remote learning student while "Test to Stay" in effect. Students are also not allowed to participate in athletics or in-person extracurricular activities without regular testing at the school.

- **What type of test is used?**
  The school uses a rapid BinaxNOW COVID-19 test. This entails a nose swab and returns results within 15 minutes.