EXHIBIT 2

# PCSD Communication 1.12.2021

From:  Park City School District (communication@pcschools.us)

To:    holly_mcclure88@yahoo.com

Date:  Tuesday, January 12, 2021, 11:04 AM MST



January 12 2021

Based on initial case counts following the return from Winter Break, Park City High School and Treasure Mountain Junior High will participate in remote learning from Wednesday, January 13, 2021 and will return to school for in person learning on or no later than Monday, January 25, 2021.  Free all community testing is available at PCHS from 12:00 - 7:00 P.M. beginning on Tuesday, January 19, 2021.  All secondary students and staff will participate in "Test to Stay" while transmission index remains high.

Please enroll in "Test to Stay" when you receive the email which will provide additional information regarding student COVID19 testing.

McPolin Elementary, Jeremy Ranch Elementary, Parley's Park Elementary, Jeremy Ranch Elementary and Ecker Hill Middle School will remain open for In Person Learning.

| Attached Files |
|---|
| **PCSD Announcement 1-12-21.pdf** |
| **PCSD Announcement 1-12-21 (Spanish).pdf** |

unsubscribe



2700 KEARNS BOULEVARD
PARK CITY, UT 84060

OFFICE: (435) 645-5600
FAX: (435) 645-5609

**January 12, 2021**

**Move to Remote Learning and Launch "Test To Stay" Program with Broad
Community Testing to Begin 1/19/2021**

"Test To Stay" Program Roll Out at Park City High School and Treasure Mountain Junior
High School Following Brief Return to Remote Learning
January 12, 2021
Point of Contact: Mike Tanner, Chief Operating Officer, Park City School District
Mtanner@pcschools.us

**Community Targeted Testing Event**

Park City School District will soon be offering routine asymptomatic testing for COVID19
with the help of the Utah Department of Health's mobile lab, TestUtah, beginning on
January 19, 2021.

The entire Park City community is invited to participate in this targeted testing event at the
Park City High School Kearns Campus in the Eccles Center Lobby Area.

TestUtah is confirmed to provide free, rapid (antigen) testing at Park City HS on:

- Tuesday, Jan. 19 (12:00 - 7:00pm)
- Monday, Jan. 25 (8:00am - 3:00pm)
- Tuesday, Jan. 26 (12:00 - 7:00pm)

The TestUtah event will launch a "Test To Stay" program at the Park City Schools. The
rapid testing program for secondary school (TMJH and PCHS) students and staff members
will help us identify positive cases and, in the long-term, keep our schools open.

Planning for this program began prior to winter break and continued on Monday, January
11, 2021 when we noted an increase in students reporting positive covid test results. The
program will continue through periods of high transmission of COVID19.
The testing will not be available for individuals who are experiencing symptoms.

If you are experiencing COVID symptoms: cough, shortness of breath, fever, sore throat,
fatigue, or loss of taste/smell, please contact your healthcare provider.

**"Test To Stay" Program**

As a part of the "Test To Stay" program, secondary school students and staff will participate
at least once every 14 days similar to the extracurricular and athletic "Test to Play" program
that is already in place at the high school. Students and staff members will receive a rapid

EDUCATIONAL EXCELLENCE



test from BinaxNow, and will have their results in 15 minutes. These rapid tests will only require a slight swab in both nostrils as opposed to some more invasive testing.

Junior high and high school students will be able to swab themselves, and there are school nurses, medical corps and educational volunteers on site to assist students and staff as needed.

The "Test to Stay" program does require families to fill out consent forms and data is shared with the UDOH through the redcap data portal. Test To Play has already become a standard practice throughout the state, and "Test To Stay" has been broadly piloted across Utah in November and December 2020 with success.

The goal in this proactive testing program is to detect asymptomatic positives sooner rather than later to reduce/eliminate the spread of coronavirus in the secondary school setting. With this particular rapid test, false positives are rare, and the tests are considered to be 80 percent accurate.

**Temporary Return to Remote Learning**

At the moment, the Park City High School is in the midst of a rise in positive covid cases, and will likely move to remote learning for a period of ten-days as soon as Wednesday, January 13, 2021 returning to in person learning no later than Monday, January 25, 2021. This is not a recommendation that we take lightly. Treasure Mountain Junior High and Park City High School will utilize remote learning not because schools are the main driver of our new infections, but because the levels of community transmission warrant extra measures to keep our students, staff, and their families safe. Schools alone cannot bear this burden — we must all take personal responsibility to keep this virus from spreading in any way that we can.

The current data shows this is clearly the right move for Park City High School in particular, but also to ensure we slow any spread of the virus at Treasure Mountain Junior High School which has a large number of students who access courses at the high school daily. It's clear that we are seeing a post-holiday surge, and we wish to isolate and mitigate the spread throughout the school community at a time where vaccinations for educators will be rolled out as early as this week in collaboration with the Summit County Health Department and Park City Hospital.

Using a variety of mitigation strategies, schools have safely remained open for this first half of the school year. With this brief pause and reset along with robust testing upon return to in person learning, we are creating conditions for student success.

None of the decisions our community has had to make this year have been easy or made lightly, but they have been made with the best interest of the school community in mind.

EDUCATIONAL EXCELLENCE