EXHIBIT 3

# Remote Learning Procedures and Test To Stay

From: Treasure Mountain Junior High (tmjhpto@gmail.com)

To: holly_mcclure88@yahoo.com

Date: Wednesday, January 13, 2021, 10:01 AM MST

View this email in your browser



# Upcoming Dates

**Jan 18, 2021 -** Martin Luther King Day
**Jan 25, 2021 -** *In Person Learning Returns*
**Feb 14-19 2021** *- No School, Winter Break*

## ADMIN NOTES

- Remote learning 1/13 through 1/22.  Students return to in-person learning on 1/25
- Upon return, we will be implementing the "Test to Stay" program, students will be tested on a 2-week rotation.
    - Please note: students who opt out of testing may have to remain in remote learning during the "Test to Stay" program as mandated by the Utah Department of health
- Parents must complete the testing consent form for students to be tested (it is the correct form even though the DAG ID is PCHS): https://c19.health.utah.gov/surveys/?s=3XDE77E4CK&dagid=PTI-ParkCityHigh
- All students are expected to attend the live sessions.  Attendance will be taken.
- Families and students should expect 6 to 8 hours of school work (including the live class time) each day.
- Please do not hesitate to reach out to the admin if you have any questions, comments or concerns.

## Daily Schedule

| Time | Treasure Mountain Junior High Schol & Park City High School | | | | | | |
|---|---|---|---|---|---|---|---|
| | Wed Jan 13 | Thurs Jan 14 | Fri Jan 15 | Tues Jan 19 | Wed Jan 20 | Thurs Jan 21 | Fri Jan 22 |
| 7:35 - 10:00 am | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment | Student assignment, homework completion, scheduled individual support or enrichment |
| Block 1: 10:00 - 10:45am | 1W | 1R | Learning Reinforcement | 1W | 1R | 1W | Learning Reinforcement |
| Block 2: 11:00 - 11:45am | 2W | 2R | Learning Reinforcement | 2W | 2R | 2W | Learning Reinforcement |
| 12:00 - 12:30pm | Lunch and Screen Free Time | | | | | | |
| Block 3: 12:30 - 1:15pm | 3W | 3R | Learning Reinforcement | 3W | 3R | 3W | Learning Reinforcement |
| Block 4: 1:30 - 2:15pm | 4W | 4R | Learning Reinforcement | 4W | 4R | 4W | Learning Reinforcement |

The morning block of time is meant for students to complete coursework required for classes. It is the expectation that students are engaged in their learning during regular school hours.

**In the remote instruction schedule are students required to attend live virtual sessions?**
It is expected that students are in attendance at live sessions. Teachers will be mindful of individual student needs during emergency remote learning and should work with students and families who need exceptions.

**Will teachers monitor the amount of time a student spends online?**
Teachers are not required to determine and/or track the amount of time that a student is spending online but are responsible for taking attendance. As students log-in and engage in PCSD online learning platforms, their activity equates to being present for attendance purposes.

**Treasure Mt Jr High School Quarter 2 Report Cards are now available in PowerSchool.**
Students and parents can log in to PowerSchool and click the "Report Card" icon to view and print the report card as needed. Please direct questions about grades to your teachers via email.
**PowerSchool**   https://powerschool.pcschools.us/public/



Admin Video from Caleb Fine.



Sam Salinas

**SUPPORT YOUR PTO**



The AmazonSmile Foundation will donate 0.5% of the purchase price to the

customer's selected charitable organization,
Treasure Mountain Middle School PTO
https://smile.amazon.com/ch/02-0630678

## COMMUNITY RESOURCES



**Are you a Facebook user? Like our PTO page to find up-to-date news and community information on the coronavirus and more.**
www.facebook.com/



Every time you shop at our stores with your rewards card, we donate .5% of your total order to the nonprofit of your choice. Once signed in you can enroll or update in the Inspiring Donations Program under your Account Settings Treasure Mountain Middle  School
Organization Number: CM737

Log Into to your account at www.smithsfoodanddrug.com
Under my Account, click Inspiring Donations on the left side.
Click Enroll, search for Treasure Mountain Middle School, Organization #CM737
Click 'Enroll'!!

## Please take a moment to support the Treasure Mountain Jr. High PTSO. Paying your annual contribution _**does not require you to volunteer**_ and supports important programs like:

Teacher mini-grants
Teacher appreciation
Behavior and honor roll awards
Testing snacks
End of year parties

**Click on the following link to donate the recommended $30:** https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=ZYQYYBXQQR57C

**Click on this link to donate another amount:** https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=FAPG5NVGDAFXY

You may also send a check made out to **"TMJH PTSO"** with your student to the front office.

 

*Copyright © 2021 Treasure Mountain Junior High, All rights reserved.*
School PTO

**Our mailing address is:**
Treasure Mountain Junior High
2530 Kearns Blvd
Park City, UT 84060-7473

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

