EXHIBIT 5

# Admin Update 1-15-21

| | |
|---|---|
| From: | Treasure Mountain Junior High (noreply@pcschools.us) |
| To: | holly_mcclure88@yahoo.com |
| Date: | Friday, January 15, 2021, 01:30 PM MST |

Parents, Guardians, and Students,

Please take a moment to read the attached letter with updates on the "Test to Stay" program, free community testing times on the 19th, and Parent-Teacher Conferences.

Thank you,

Mr. Fine

--
Caleb Fine
Principal
Treasure Mountain Junior High
435-645-5640
cfine@pcschools.us

| Attached Files |
|---|
| **TMJH Parent Letter January 15, 2021.pdf** |
| **Spanish TMJH Parent Letter January 15, 2021.pdf** |

unsubscribe

January 15, 2021

Treasure Mountain Junior High and Park City Community:

With a lot of changes this week, we want to thank our students, teachers, and families for adapting quickly and continuing to engage in learning. The attendance this week has been great, let's make sure that continues next week during our live classes as well!

On Monday, January 25, we will implement the Test to Stay program. Our ultimate goal is to remain open as a school and this program, which has begun statewide, is a measure to do so. It is important for our community to understand that by implementing Test to Stay, our school will remain open, even if COVID-19 cases rise above 15.

Test to Stay will continue as long we have adequate testing supplies and community transmission rates are high. We understand that testing all students and staff is something new and presents new challenges, but we appreciate your support and cooperation to help our school remain open and keep our students and staff safe.

Next week all parents/guardians will receive an email with their student's date and time for testing at Treasure Mountain. The schedule will be a two week rotation, beginning January 25, so not all students will be tested in the first week. We will send a reminder email each Friday prior to the week of testing for those scheduled the following week.

Please make sure your student is registered in RedCap prior to their testing date and read the information below so we are all prepared to begin upon return.

We also need to clarify the free testing times on January 19th at PCHS will be from 12pm-7pm, this is open to all students and community members.

Finally, Virtual Parent Teacher Conferences are February 3rd from 3pm-6pm. Sign ups will be available from January 25th until 2pm on February 1st. Please visit tmjh.pcschools.us to sign up for conference times.

Thank you again for your support during this unique year,


Treasure Mountain Junior High Administration

## Test to Stay

- **Registering for COVID testing**
  The State of Utah uses RedCap to track testing within educational institutions. To give consent for testing, all parent/guardians must complete the RedCap registration for each of their students. If you chose not to do the online registration, you may email kward@pcschools.us to receive a paper consent form.

  **RedCap Registration Link (Please note this is the correct link even though it says Park City High School):**
  https://c19.health.utah.gov/surveys/?s=3XDE77E4CK&dagid=PTI-ParkCityHigh

- **What if my student has tested positive for COVID-19 in the last 90 days?**
  A documented positive COVID test is sufficient for the 90 day timeframe. After 90 days from the date of positivity students will be required to be part of the testing program at the school.

- **COVID-19 Testing Schedule for all students**
  We will be testing approximately 100 students per day on a two week rotation. The schedule will be sent to all families as soon as it is available.

- **What if we do not want our student tested?**
  If you choose not to have your student tested, they will need to become a remote learning student while "Test to Stay" in effect. Students are also not allowed to participate in athletics or in-person extracurricular activities without regular testing at the school.

- **What type of test is used?**
  The school uses a rapid BinaxNOW COVID-19 test. This entails a nose swab and returns results within 15 minutes.

15 de enero de 2021

La escuela secundaria Treasure Mountain y la comunidad de Park City:

Con muchos cambios esta semana, queremos agradecer a nuestros estudiantes, profesores y familias por adaptarse rápidamente y seguir aprendiendo. La asistencia esta semana ha sido genial, ¡asegurémonos de que continúe la próxima semana durante nuestras clases en vivo también!

El lunes 25 de enero, implementaremos el programa "Test to Stay". Nuestro objetivo final es permanecer abiertos como escuela y este programa, que ha comenzado en todo el estado, es una medida para hacerlo. Es importante que nuestra comunidad entienda que implementando el programa Test to Stay, nuestra escuela permanecerá abierta, incluso si los casos de COVID-19 superan los 15.

Test to Stay continuará mientras tengamos suministros adecuados para las pruebas y las tasas de transmisión de la comunidad sean altas. Entendemos que hacer pruebas a todos los estudiantes y al personal es algo nuevo y presenta nuevos desafíos, pero apreciamos su apoyo y cooperación para ayudar a nuestra escuela a permanecer abierta y mantener a nuestros estudiantes y personal seguros.

La semana que viene todos los padres/tutores recibirán un correo electrónico con la fecha y hora de los exámenes en Treasure Mountain. El horario será una rotación de dos semanas, comenzando el 25 de enero, así que no todos los estudiantes serán examinados en la primera semana. Enviaremos un correo electrónico recordatorio cada viernes antes de la semana de exámenes para aquellos programados para la siguiente semana.

Por favor, asegúrense de que se han inscrito para el examen en RedCap y lean la información de abajo para que estemos preparados para comenzar a la vuelta.

También necesitamos aclarar que el horario de exámenes gratuitos el 19 de enero en PCHS será de 12pm-7pm, esto está abierto a todos los estudiantes y miembros de la comunidad.

Finalmente, las conferencias de padres y maestros virtuales son el 3 de febrero de 3pm-6pm. Las inscripciones estarán disponibles desde el 25 de enero hasta las 2pm del 1 de febrero. Por favor visite tmjh.pcschools.us para inscribirse en los horarios de las conferencias.

Gracias de nuevo por su apoyo durante este año único,


Administración de la Escuela Secundaria de Treasure Mountain

## Programa de Test to Stay

### Registrarse para la prueba COVID
El estado de Utah usa RedCap para rastrear las pruebas dentro de las instituciones educativas. Dar consentimiento para la prueba, todos los padres / tutores deben completar el registro de RedCap para cada de sus alumnos. Si elige no realizar el registro en línea, puede enviar un correo electrónico kward@pcschools.us para recibir un formulario de consentimiento en papel.

### Enlace de registro de RedCap:
https://c19.health.utah.gov/surveys/?s=3XDE77E4CK&dagid=PTI-ParkCityHigh

### ¿Qué pasa si mi estudiante ha dado positivo por COVID-19 en los últimos 90 días?
Una prueba COVID positiva documentada es suficiente para el período de 90 días. Después de 90 días a partir de la fecha de positividad, los estudiantes deberán ser parte del programa de pruebas en la escuela.

### Calendario de pruebas COVID-19 para todos los estudiantes:
Evaluaremos aproximadamente a 150 estudiantes por día en una rotación de dos semanas. los El horario se enviará a todas las familias tan pronto como esté disponible.

### ¿Qué pasa si no queremos que nuestro estudiante sea evaluado?
Si elige que su estudiante no sea examinado, deberá convertirse en un
estudiante de aprendizaje mientras "Prueba para permanecer" en efecto. Los estudiantes tampoco pueden participar en deportes o actividades extracurriculares en persona sin exámenes regulares en la escuela.

### ¿Qué tipo de prueba se utiliza?
La escuela utiliza una prueba rápida BinaxNOW COVID-19. Esto implica un hisopo nasal y devuelve resultados en 15 minutos.