EXHIBIT 6


# Test To Stay and Consent Form, PTO Requests and The Great Gatsby

| | |
|---|---|
| From: | Treasure Mountain Junior High (tmjhpto@gmail.com) |
| To: | holly_mcclure88@yahoo.com |
| Date: | Wednesday, January 20, 2021, 03:25 PM MST |

View this email in your browser



# Upcoming Dates

**Jan 25, 2021 -** *In Person Learning Returns*
**Feb 14-19 2021** *- No School, Winter Break*

## ADMIN NOTES

- Although testing prior to school re-starting in person is encouraged, students do not need to test prior to returning to school on the 25th. All students will be tested within the first two weeks of returning to in person school
- Please fill out the testing consent form by the end of the day Thursday so we can be prepared to begin testing Monday the 25th.
  - Here is a link to the online consent form:
  https://c19.health.utah.gov/surveys/?s=3XDE77E4CK&dagid=PTI-ParkCityHigh

## PTO REQUESTS

The instructional support team needs our help. Please consider purchasing an item from their AMAZON wish list.

Ms Zarnetske is also looking for the following items if you can help. CLICK HERE t o sign up.



**SUPPORT YOUR PTO**



The AmazonSmile Foundation will donate 0.5% of the purchase price to the customer's selected charitable organization, Treasure Mountain Middle School PTO
https://smile.amazon.com/ch/02-0630678

# COMMUNITY RESOURCES



**Are you a Facebook user? Like our PTO page to find up-to-date news and community information on the coronavirus and more.**
www.facebook.com/



Every time you shop at our stores with your rewards card, we donate .5% of your total order to the nonprofit of your choice. Once signed in you can enroll or update in the Inspiring Donations Program under your Account Settings Treasure Mountain Middle  School
Organization Number: CM737

Log Into to your account at www.smithsfoodanddrug.com
Under my Account, click Inspiring Donations on the left side.
Click Enroll, search for Treasure Mountain Middle School, Organization #CM737
Click 'Enroll'!!

**Please take a moment to support the Treasure Mountain Jr. High PTSO.** Paying your annual contribution ***does not require you to volunteer*** and supports important programs like:

Teacher mini-grants
Teacher appreciation
Behavior and honor roll awards
Testing snacks
End of year parties

**Click on the following link to donate the recommended $30:** https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=ZYQYYBXQQR57C

**Click on this link to donate another amount:** https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=FAPG5NVGDAFXY

You may also send a check made out to **"TMJH PTSO"** with your student to the front office.

 

---

*Copyright © 2021 Treasure Mountain Junior High, All rights reserved.*
School PTO

**Our mailing address is:**
Treasure Mountain Junior High
2530 Kearns Blvd
Park City, UT 84060-7473

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

