EXHIBIT 8

# Test to Stay - Schedule of student testing Jan 25 - Feb 5

From: Treasure Mountain Junior High (noreply@pcschools.us)

To: holly_mcclure88@yahoo.com

Date: Friday, January 22, 2021, 01:10 PM MST

**Student: Taylor**

**Test to Stay Program - Student COVID test is scheduled for:**

**Day: Red Monday**
**Date: January 25, 2021**
**Time: 9:50**

**Parents, please complete the consent form before the scheduled day.**

[RedCap Consent Form](#) **(Please note it is the correct link for TMJH even though it says Park City High School)**

Sincerely,
Mr. Fine
TMJH Principal

**Estudiante: Taylor**

La hora de la prueba de covid de su hijo/a es el

**Dia: Red Monday**

**Fecha:** January 25, 2021
**Hora:** 9:50

Padre de familia, por favor llene el formulario de consentimiento antes del día programado.

[Formulario de Consentimiento "RedCap"](#) (a pesar de que dice Park City High School al inicio es el enlace correcto para TMJH)

Atentamente,

Sr. Fine
Director de TMJH

unsubscribe