EXHIBIT 10

# INDEX OF EXHIBITS TO
# DECLARATION OF HOLLY MCCLURE

**Exhibit 1**     Email from Caleb Fine, Jan 12, 2021

**Exhibit 2**     Email from PCSD, Jan 12, 2021

**Exhibit 3**     Email from TMJH, Jan 13, 2021

**Exhibit 4**     Email from PCHS, Jan 15, 2021

**Exhibit 5**     Email from TMJH, Jan 15, 2021

**Exhibit 6**     Email from TMJH, Jan 20, 2021

**Exhibit 7**     Email from PCHS, Jan 22, 2021

**Exhibit 8**     Email from TMJH, Jan 22, 2021

**Exhibit 9**     Email from PCHS, Feb 5, 2021