# EXHIBIT 2

**Kevin McKernan:** Mr. McKernan currently serves as the Founder and Chief Scientific Officer of Medicinal Genomics. In 2011, Medicinal Genomics was the first organization to publish the *Cannabis sativa L*. draft genome in effort to build a better scientific foundation for cannabis based therapeutics, blockchain tracking of strains, and microbial-cannabis safety tests. In 2018, Medicinal genomics further refined this genome reference with the publication of the Jamaican Lion genome with DASH and Pacific Biosciences. To date this is the most contiguous Cannabis genome reference ever created and has aided in the design of high specificity qPCR assays for microbial contamination in cannabis. Medicinal Genomics now offers cannabis safety testing and strain tracking services in over 20 states and multiple countries. Previously, Kevin worked as a Vice President and Director of R&D for Life Technologies where he oversaw the next generation SOLiD sequencing technology from 2006 to 2011. Integral to the SOLiD R&D process, Kevin oversaw over 100 research collaborations exploring the new biological frontiers with next generation sequencing and saw particular excitement and traction in human tumor sequencing. These collaborations resulted in hundreds of publications and 7 Journal covers from Science Translational Medicine, Genome Research, Clinical Chemistry, Nature Methods and Nature. Prior to his work at ABI, Kevin was the President and CSO of Agencourt Personal Genomics, a startup company he co-founded in 2005 to develop SOLiD sequencing. This ligation based sequencing technology dropped the cost of sequencing a human genome from $300M to $3,000; a 100,000 fold improvement in sequencing speed and cost in a few years. From 1996 to 2000 Kevin managed the Research and Development for the Human Genome Project at Whitehead Institute/MIT resulting in several patents for nucleic acid purification.

**Kevin's publications include:**

[Microbiological examination of nonsterile Cannabis products: Molecular Microbial Enumeration Tests and the limitation of Colony Forming Units.](#)
McKernan KJ, Helbert, Y, Ebling, H. OSF 2018

[Cryptocurrencies and Zero Mode Wave guides: An unclouded path to a more contiguous Cannabis sativa L. genome assembly](#)

McKernan KJ, Helbert Y, Kane LT. OSF 2018

[Metagenomic analysis of medicinal Cannabis samples; pathogenic bacteria, toxigenic fungi, and beneficial microbes grow in culture-based yeast and mold tests](#)
McKernan KJ, Spangler J, Helbert Y, et al.,F1000Research 2016

[Cannabis microbiome sequencing reveals several mycotoxic fungi native to dispensary grade Cannabis flowers](#)
McKernan KJ, Spangler J, Zhang L et al.,F1000Research 2016, 4:1422 (doi: 10.12688/f1000research.7507.2)

[DREAMing of a patent-free human genome for clinical sequencing](#)
Kevin J McKernan, Jessica Spangler, Yvonne Helbert, Lei Zhang & Vasisht Tadigotla
*Nature Biotechnology* 31, 884–887 (2013) doi:10.1038/nbt.2703

[Expanded Genetic Codes in Next Generation Sequencing Enable Decontamination and Mitochondrial Enrichment](#)
McKernan KJ, Spangler J, Zhang L, Tadigotla V, McLaughlin S, et al. (2014) Expanded Genetic Codes in Next Generation Sequencing Enable Decontamination and Mitochondrial Enrichment. PLoS ONE 9(5): e96492. doi: 10.1371/journal.pone.0096492

[The chloroplast genome hidden in plain sight, open access publishing and anti-fragile distributed data sources.](#)
McKernan KJ1.
Mitochondrial DNA. 2015 Oct 21:1-2

[MicroRNAs and their isomiRs function cooperatively to target common biological pathways.](#)
Cloonan N, Wani S, Xu Q, Gu J, Lea K, Heater S, Barbacioru C, Steptoe AL, Martin HC, Nourbakhsh E, Krishnan K, Gardiner B, Wang X, Nones K, Steen JA, Matigan N, Wood DL, Kassahn KS, Waddell N, Shepherd J, Lee C, Ichikawa J, **McKernan K**, Bramlett K, Kuersten S, Grimmond SM.
Genome Biol. 2011 Dec 30;12(12):R126. [Epub ahead of print]
PMID: 22208850 [PubMed - as supplied by publisher]

[Deep-transcriptome and ribonome sequencing redefines the molecular networks of pluripotency and the extracellular space in human embryonic stem cells.](#)
Kolle G, Shepherd JL, Gardiner B, Kassahn KS, Cloonan N, Wood DL, Nourbakhsh E, Taylor DF, Wani S, Chy HS, Zhou Q, **McKernan K**, Kuersten S, Laslett AL, Grimmond SM.
Genome Res. 2011 Dec;21(12):2014-25. Epub 2011 Oct 31.
PMID: 22042643 [PubMed - in process]

[An integrated semiconductor device enabling non-optical genome sequencing.](#)
Rothberg JM, Hinz W, Rearick TM, Schultz J, Mileski W, Davey M, Leamon JH, Johnson K, Milgrew MJ, Edwards M, Hoon J, Simons JF, Marran D, Myers JW, Davidson JF, Branting A, Nobile JR, Puc BP, Light D, Clark TA, Huber M, Branciforte JT, Stoner IB, Cawley SE, Lyons M, Fu Y, Homer N, Sedova M, Miao X, Reed B, Sabina J, Feierstein E, Schorn M, Alanjary M, Dimalanta E, Dressman D, Kasinskas R, Sokolsky T, Fidanza JA, Namsaraev E, **McKernan KJ**, Williams A, Roth GT, Bustillo J.
Nature. 2011 Jul 20;475(7356):348-52. doi: 10.1038/nature10242.
PMID: 21776081 [PubMed - indexed for MEDLINE]

[Demographic history and rare allele sharing among human populations.](#)
Gravel S, Henn BM, Gutenkunst RN, Indap AR, Marth GT, Clark AG, Yu F, Gibbs RA; 1000 Genomes Project, Bustamante CD.
Proc Natl Acad Sci U S A. 2011 Jul 19;108(29):11983-8. Epub 2011 Jul 5.
PMID: 21730125 [PubMed - indexed for MEDLINE]

[Variation in genome-wide mutation rates within and between human families.](#)
Conrad DF, Keebler JE, DePristo MA, Lindsay SJ, Zhang Y, Casals F, Idaghdour Y, Hartl CL, Torroja C, Garimella KV, Zilversmit M, Cartwright R, Rouleau GA, Daly M, Stone EA, Hurles ME, Awadalla P; 1000 Genomes Project.
Nat Genet. 2011 Jun 12;43(7):712-4. doi: 10.1038/ng.862.
PMID: 21666693 [PubMed - indexed for MEDLINE]

[The variant call format and VCFtools.](#)
Danecek P, Auton A, Abecasis G, Albers CA, Banks E, DePristo MA, Handsaker RE, Lunter G, Marth GT, Sherry ST, McVean G, Durbin R;

1000 Genomes Project Analysis Group.
Bioinformatics. 2011 Aug 1;27(15):2156-8. Epub 2011 Jun 7.
PMID: 21653522 [PubMed - indexed for MEDLINE]

[Mapping copy number variation by population-scale genome sequencing.](#)
Mills RE, Walter K, Stewart C, Handsaker RE, Chen K, Alkan C, Abyzov A, Yoon SC, Ye K, Cheetham RK, Chinwalla A, Conrad DF, Fu Y, Grubert F, Hajirasouliha I, Hormozdiari F, Iakoucheva LM, Iqbal Z, Kang S, Kidd JM, Konkel MK, Korn J, Khurana E, Kural D, Lam HY, Leng J, Li R, Li Y, Lin CY, Luo R, Mu XJ, Nemesh J, Peckham HE, Rausch T, Scally A, Shi X, Stromberg MP, Stütz AM, Urban AE, Walker JA, Wu J, Zhang Y, Zhang ZD, Batzer MA, Ding L, Marth GT, McVean G, Sebat J, Snyder M, Wang J, Ye K, Eichler EE, Gerstein MB, Hurles ME, Lee C, McCarroll SA, Korbel JO; 1000 Genomes Project.
Nature. 2011 Feb 3;470(7332):59-65.
PMID: 21293372 [PubMed - indexed for MEDLINE]

[Diversity of human copy number variation and multicopy genes.](#)
Sudmant PH, Kitzman JO, Antonacci F, Alkan C, Malig M, Tsalenko A, Sampas N, Bruhn L, Shendure J; 1000 Genomes Project, Eichler EE.
Science. 2010 Oct 29;330(6004):641-6.
PMID: 21030649 [PubMed - indexed for MEDLINE]
[Related citations](#)

[A map of human genome variation from population-scale sequencing.](#)
1000 Genomes Project Consortium, Durbin RM, Abecasis GR, Altshuler DL, Auton A, Brooks LD, Durbin RM, Gibbs RA, Hurles ME, McVean GA.
Nature. 2010 Oct 28;467(7319):1061-73.
PMID: 20981092 [PubMed - in process]
[Related citations](#)

[Development of personalized tumor biomarkers using massively parallel sequencing.](#)
Leary RJ, Kinde I, Diehl F, Schmidt K, Clouser C, Duncan C, Antipova A, Lee C, **McKernan K**, De La Vega FM, Kinzler KW,

Vogelstein B, Diaz LA Jr, Velculescu VE.
Sci Transl Med. 2010 Feb 24;2(20):20ra14.
PMID: 20371490 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[Whole methylome analysis by ultra-deep sequencing using two-base encoding.](#)
Bormann Chung CA, Boyd VL, **McKernan KJ**, Fu Y, Monighetti C, Peckham HE, Barker M.
PLoS One. 2010 Feb 22;5(2):e9320.
PMID: 20179767 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[Maternal plasma DNA analysis with massively parallel sequencing by ligation for noninvasive prenatal diagnosis of trisomy 21.](#)
Chiu RW, Sun H, Akolekar R, Clouser C, Lee C, **McKernan K**, Zhou D, Nicolaides KH, Lo YM.
Clin Chem. 2010 Mar;56(3):459-63. Epub 2009 Dec 21.
PMID: 20026875 [PubMed - indexed for MEDLINE]
Related citations

[A small-cell lung cancer genome with complex signatures of tobacco exposure.](#)
Pleasance ED, Stephens PJ, O'Meara S, McBride DJ, Meynert A, Jones D, Lin ML, Beare D, Lau KW, Greenman C, Varela I, Nik-Zainal S, Davies HR, Ordoñez GR, Mudie LJ, Latimer C, Edkins S, Stebbings L, Chen L, Jia M, Leroy C, Marshall J, Menzies A, Butler A, Teague JW, Mangion J, Sun YA, McLaughlin SF, Peckham HE, Tsung EF, Costa GL, Lee CC, Minna JD, Gazdar A, Birney E, Rhodes MD, **McKernan KJ**, Stratton MR, Futreal PA, Campbell PJ.
Nature. 2010 Jan 14;463(7278):184-90. Epub 2009 Dec 16.
PMID: 20016488 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[Polymorphism discovery in high-throughput resequenced microarray-enriched human genomic loci.](#)
Antipova AA, Sokolsky TD, Clouser CR, Dimalanta ET, Hendrickson CL, Kosnopo C, Lee CC, Ranade SS, Zhang L, Blanchard AP, **McKernan KJ**.
J Biomol Tech. 2009 Dec;20(5):253-7.
PMID: 19949697 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
[Related citations](#)

[Differential binding and co-binding pattern of FOXA1 and FOXA3 and their relation to H3K4me3 in HepG2 cells revealed by ChIP-seq.](#)
Motallebipour M, Ameur A, Reddy Bysani MS, Patra K, Wallerman O, Mangion J, Barker MA, **McKernan KJ**, Komorowski J, Wadelius C.
Genome Biol. 2009;10(11):R129. Epub 2009 Nov 17.
PMID: 19919681 [PubMed - indexed for MEDLINE]
[Related citations](#)

[ALLPATHS 2: small genomes assembled accurately and with high continuity from short paired reads.](#)
Maccallum I, Przybylski D, Gnerre S, Burton J, Shlyakhter I, Gnirke A, Malek J, **McKernan K,** Ranade S, Shea TP, Williams L, Young S, Nusbaum C, Jaffe DB.
Genome Biol. 2009;10(10):R103. Epub 2009 Oct 1.
PMID: 19796385 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
[Related citations](#)

[Sequence and structural variation in a human genome uncovered by short-read, massively parallel ligation sequencing using two-base encoding.](#)
**McKernan KJ**, Peckham HE, Costa GL, McLaughlin SF, Fu Y, Tsung EF, Clouser CR, Duncan C, Ichikawa JK, Lee CC, Zhang Z, Ranade SS, Dimalanta ET, Hyland FC, Sokolsky TD, Zhang L, Sheridan A, Fu H, Hendrickson CL, Li B, Kotler L, Stuart JR, Malek JA, Manning JM, Antipova AA, Perez DS, Moore MP, Hayashibara KC, Lyons MR,

Beaudoin RE, Coleman BE, Laptewicz MW, Sannicandro AE, Rhodes MD, Gottimukkala RK, Yang S, Bafna V, Bashir A, MacBride A, Alkan C, Kidd JM, Eichler EE, Reese MG, De La Vega FM, Blanchard AP.
Genome Res. 2009 Sep;19(9):1527-41. Epub 2009 Jun 22.
PMID: 19546169 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[Rapid whole-genome mutational profiling using next-generation sequencing technologies.](#)
Smith DR, Quinlan AR, Peckham HE, Makowsky K, Tao W, Woolf B, Shen L, Donahue WF, Tusneem N, Stromberg MP, Stewart DA, Zhang L, Ranade SS, Warner JB, Lee CC, Coleman BE, Zhang Z, McLaughlin SF, Malek JA, Sorenson JM, Blanchard AP, Chapman J, Hillman D, Chen F, Rokhsar DS, **McKernan KJ**, Jeffries TW, Marth GT, Richardson PM.
Genome Res. 2008 Oct;18(10):1638-42. Epub 2008 Sep 4.
PMID: 18775913 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[Stem cell transcriptome profiling via massive-scale mRNA sequencing.](#)
Cloonan N, Forrest AR, Kolle G, Gardiner BB, Faulkner GJ, Brown MK, Taylor DF, Steptoe AL, Wani S, Bethel G, Robertson AJ, Perkins AC, Bruce SJ, Lee CC, Ranade SS, Peckham HE, Manning JM, **McKernan KJ**, Grimmond SM.
Nat Methods. 2008 Jul;5(7):613-9. Epub 2008 May 30.
PMID: 18516046 [PubMed - indexed for MEDLINE]
Related citations

[A high-resolution, nucleosome position map of C. elegans reveals a lack of universal sequence-dictated positioning.](#)
Valouev A, Ichikawa J, Tonthat T, Stuart J, Ranade S, Peckham H, Zeng K, Malek JA, Costa G, **McKernan K**, Sidow A, Fire A, Johnson

SM.
Genome Res. 2008 Jul;18(7):1051-63. Epub 2008 May 13.
PMID: 18477713 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

Mapping and sequencing of structural variation from eight human genomes.
Kidd JM, Cooper GM, Donahue WF, Hayden HS, Sampas N, Graves T, Hansen N, Teague B, Alkan C, Antonacci F, Haugen E, Zerr T, Yamada NA, Tsang P, Newman TL, Tüzün E, Cheng Z, Ebling HM, Tusneem N, David R, Gillett W, Phelps KA, Weaver M, Saranga D, Brand A, Tao W, Gustafson E, **McKernan K**, Chen L, Malig M, Smith JD, Korn JM, McCarroll SA, Altshuler DA, Peiffer DA, Dorschner M, Stamatoyannopoulos J, Schwartz D, Nickerson DA, Mullikin JC, Wilson RK, Bruhn L, Olson MV, Kaul R, Smith DR, Eichler EE.
Nature. 2008 May 1;453(7191):56-64.
PMID: 18451855 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

Sample preparation.
**McKernan KJ.**
Curr Protoc Hum Genet. 2004 May;Chapter 16:Unit 16.1.
PMID: 18428359 [PubMed - indexed for MEDLINE]
Related citations

Evolution of genes and genomes on the Drosophila phylogeny.
Drosophila 12 Genomes Consortium, Clark AG, Eisen MB, Smith DR, Bergman CM, et al.
Nature. 2007 Nov 8;450(7167):203-18.
PMID: 17994087 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

Genome duplication in the teleost fish Tetraodon nigroviridis reveals the early vertebrate proto-karyotype.

Jaillon O, Aury JM, Brunet F, Petit JL, Stange-Thomann N, Mauceli E, Bouneau L, Fischer C, Ozouf-Costaz C, Bernot A, Nicaud S, Jaffe D, Fisher S, Lutfalla G, Dossat C, Segurens B, Dasilva C, Salanoubat M, Levy M, Boudet N, Castellano S, Anthouard V, Jubin C, Castelli V, Katinka M, Vacherie B, Biémont C, Skalli Z, Cattolico L, Poulain J, De Berardinis V, Cruaud C, Duprat S, Brottier P, Coutanceau JP, Gouzy J, Parra G, Lardier G, Chapple C, **McKernan KJ**, McEwan P, Bosak S, Kellis M, Volff JN, Guigó R, Zody MC, Mesirov J, Lindblad-Toh K, Birren B, Nusbaum C, Kahn D, Robinson-Rechavi M, Laudet V, Schachter V, Quétier F, Saurin W, Scarpelli C, Wincker P, Lander ES, Weissenbach J, Roest Crollius H.
Nature. 2004 Oct 21;431(7011):946-57.
PMID: 15496914 [PubMed - indexed for MEDLINE]
Related citations

Protein interaction mapping on a functional shotgun sequence of Rickettsia sibirica.
Malek JA, Wierzbowski JM, Tao W, Bosak SA, Saranga DJ, Doucette-Stamm L, Smith DR, McEwan PJ, **McKernan KJ**.
Nucleic Acids Res. 2004 Feb 10;32(3):1059-64. Print 2004.
PMID: 14872061 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

Generation and initial analysis of more than 15,000 full-length human and mouse cDNA sequences.
Strausberg RL, Feingold EA, Grouse LH, Derge JG, Klausner RD, Collins FS, Wagner L, Shenmen CM, Schuler GD, Altschul SF, Zeeberg B, Buetow KH, Schaefer CF, Bhat NK, Hopkins RF, Jordan H, Moore T, Max SI, Wang J, Hsieh F, Diatchenko L, Marusina K, Farmer AA, Rubin GM, Hong L, Stapleton M, Soares MB, Bonaldo MF, Casavant TL, Scheetz TE, Brownstein MJ, Usdin TB, Toshiyuki S, Carninci P, Prange C, Raha SS, Loquellano NA, Peters GJ, Abramson RD, Mullahy SJ, Bosak SA, McEwan PJ, **McKernan KJ**, Malek JA, Gunaratne PH, Richards S, Worley KC, Hale S, Garcia AM, Gay LJ, Hulyk SW, Villalon DK, Muzny DM, Sodergren EJ, Lu X,

Gibbs RA, Fahey J, Helton E, Ketteman M, Madan A, Rodrigues S, Sanchez A, Whiting M, Madan A, Young AC, Shevchenko Y, Bouffard GG, Blakesley RW, Touchman JW, Green ED, Dickson MC, Rodriguez AC, Grimwood J, Schmutz J, Myers RM, Butterfield YS, Krzywinski MI, Skalska U, Smailus DE, Schnerch A, Schein JE, Jones SJ, Marra MA; Mammalian Gene Collection Program Team.
Proc Natl Acad Sci U S A. 2002 Dec 24;99(26):16899-903. Epub 2002 Dec 11.
PMID: 12477932 [PubMed - indexed for MEDLINE]**Free PMC Article**Free text
Related citations

[The genome of M. acetivorans reveals extensive metabolic and physiological diversity.](#)
Galagan JE, Nusbaum C, Roy A, Endrizzi MG, Macdonald P, FitzHugh W, Calvo S, Engels R, Smirnov S, Atnoor D, Brown A, Allen N, Naylor J, Stange-Thomann N, DeArellano K, Johnson R, Linton L, McEwan P, **McKernan K,** Talamas J, Tirrell A, Ye W, Zimmer A, Barber RD, Cann I, Graham DE, Grahame DA, Guss AM, Hedderich R, Ingram-Smith C, Kuettner HC, Krzycki JA, Leigh JA, Li W, Liu J, Mukhopadhyay B, Reeve JN, Smith K, Springer TA, Umayam LA, White O, White RH, Conway de Macario E, Ferry JG, Jarrell KF, Jing H, Macario AJ, Paulsen I, Pritchett M, Sowers KR, Swanson RV, Zinder SH, Lander E, Metcalf WW, Birren B.
Genome Res. 2002 Apr;12(4):532-42.

[Annotation of novel proteins utilizing a functional genome shotgun coupled with high-throughput protein interaction mapping.](#)
Malek JA, Wierzbowski JM, Dasch GA, Eremeva ME, McEwan PJ, **McKernan KJ**.
Cold Spring Harb Symp Quant Biol. 2003;68:331-4. No abstract available.
PMID: 15338634 [PubMed - indexed for MEDLINE]

[Initial sequencing and analysis of the human genome.](#)
Lander ES, Linton LM, Birren B, Nusbaum C, Zody MC, Baldwin J,

Devon K, Dewar K, Doyle M, FitzHugh W, Funke R, Gage D, HarrisK, Heaford A, Howland J, Kann L, Lehoczky J, LeVine R, McEwan P,**McKernan K,** Meldrim J, Mesirov JP, Miranda C, Morris W, Naylor J,Raymond C, Rosetti M, Santos R, Sheridan A, Sougnez C, Stange-Thomann N, Stojanovic N, Subramanian A, Wyman D, Rogers J,Sulston J, Ainscough R, Beck S, Bentley D, Burton J, Clee C, CarterN, Coulson A, Deadman R, Deloukas P, Dunham A, Dunham I,Durbin R, French L, Grafham D, Gregory S, Hubbard T, Humphray S,Hunt A, Jones M, Lloyd C, McMurray A, Matthews L, Mercer S, MilneS, Mullikin JC, Mungall A, Plumb R, Ross M, Shownkeen R, Sims S,Waterston RH, Wilson RK, Hillier LW, McPherson JD, Marra MA,Mardis ER, Fulton LA, Chinwalla AT, Pepin KH, Gish WR, Chissoe SL, Wendl MC, Delehaunty KD, Miner TL, Delehaunty A, Kramer JB,Cook LL, Fulton RS, Johnson DL, Minx PJ, Clifton SW, Hawkins T,Branscomb E, Predki P, Richardson P, Wenning S, Slezak T, DoggettN, Cheng JF, Olsen A, Lucas S, Elkin C, Uberbacher E, Frazier M,Gibbs RA, Muzny DM, Scherer SE, Bouck JB, Sodergren EJ, WorleyKC, Rives CM, Gorrell JH, Metzker ML, Naylor SL, Kucherlapati RS,Nelson DL, Weinstock GM, Sakaki Y, Fujiyama A, Hattori M, Yada T,Toyoda A, Itoh T, Kawagoe C, Watanabe H, Totoki Y, Taylor T,Weissenbach J, Heilig R, Saurin W, Artiguenave F, Brottier P, Bruls T, Pelletier E, Robert C, Wincker P, Smith DR, Doucette-Stamm L, Rubenfield M, Weinstock K, Lee HM, Dubois J, Rosenthal A, PlatzerM, Nyakatura G, Taudien S, Rump A, Yang H, Yu J, Wang J, HuangG, Gu J, Hood L, Rowen L, Madan A, Qin S, Davis RW, FederspielNA, Abola AP, Proctor MJ, Myers RM, Schmutz J, Dickson M,Grimwood J, Cox DR, Olson MV, Kaul R, Raymond C, Shimizu N,Kawasaki K, Minoshima S, Evans GA, Athanasiou M, Schultz R, RoeBA, Chen F, Pan H, Ramser J, Lehrach H, Reinhardt R, McCombieWR, de la Bastide M, Dedhia N, Blöcker H, Hornischer K, NordsiekG, Agarwala R, Aravind L, Bailey JA, Bateman A, Batzoglou S, BirneyE, Bork P, Brown DG, Burge CB, Cerutti L, Chen HC, Church D,Clamp M, Copley RR, Doerks T, Eddy SR, Eichler EE, Furey TS, Galagan J, Gilbert JG, Harmon C, Hayashizaki Y, Haussler D,Hermjakob H, Hokamp K, Jang W, Johnson LS, Jones TA, Kasif S,Kaspryzk A, Kennedy S, Kent WJ, Kitts P, Koonin EV, Korf I, Kulp D,

Lancet D, Lowe TM, McLysaght A, Mikkelsen T, Moran JV, Mulder N,Pollara VJ, Ponting CP, Schuler G, Schultz J, Slater G, Smit AF,Stupka E, Szustakowski J, Thierry-Mieg D, Thierry-Mieg J, Wagner L,Wallis J, Wheeler R, Williams A, Wolf YI, Wolfe KH, Yang SP, YehRF, Collins F, Guyer MS, Peterson J, Felsenfeld A, Wetterstrand KA,Patrinos A, Morgan MJ, de Jong P, Catanese JJ, Osoegawa K, Shizuya H, Choi S, Chen YJ; International Human GenomeSequencing Consortium.
Nature. 2001 Feb 15;409(6822):860-921. Erratum in: Nature 2001Aug 2;412(6846):565. Nature 2001 Jun 7;411(6838):720.Szustakowki, J [corrected to Szustakowski,
J].
PMID: 11237011 [PubMed - indexed for MEDLINE]

A magnetic attraction to high-throughput genomics.
Hawkins TL, **McKernan KJ**, Jacotot LB, MacKenzie JB, Richardson PM, Lander ES.
Science. 1997 Jun 20;276(5320):1887-9. No abstract available.
PMID: 9206843 [PubMed - indexed for MEDLINE]

## Issued Patents
9822395 Methods for producing a paired tag from a nucleic acid sequence and met
9670545 Methods and kits for treating and classifying individuals at risk of or sufferi
9512472 Method of amplifying nucleic acid sequences
9493830 Reagents, methods, and libraries for bead-based sequencing
9422594 Method of amplifying nucleic acid sequences
9309560 Methods for producing a paired tag from a nucleic acid sequence and met
9217177 Methods for bead-based sequencing
8486382 Method for treating cervical cancer
8431691 Reagents, methods, and libraries for bead-based sequencing
8329404 Reagents, methods, and libraries for bead-based sequencing
8058030 Methods of producing and sequencing modified polynucleotides
7993842 Directed enrichment of genomic DNA for high-throughput sequencing
7851158 Enrichment through heteroduplexed molecules
7645866 Methods of producing and sequencing modified polynucleotides
7527929 Methods of isolating nucleic acids using multifunctional group-coated solid
6534262 Solid phase technique for selectively isolating nucleic acids

## Patent Applications

| | |
|---|---|
| 20180163253 | METHODS FOR PRODUCING A PAIRED TAG FROM A NUCLEIC ACID SEQUEN |
| 20170081717 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20170073732 | METHOD OF AMPLIFYING NUCLEIC ACID SEQUENCES |
| 20160265034 | METHODS FOR PRODUCING A PAIRED TAG FROM A NUCLEIC ACID SEQUEN |
| 20160230223 | Method Of Amplifying Nucleic Acid Sequences |
| 20160186264 | METHODS AND KITS FOR TREATING AND CLASSIFYING INDIVIDUALS AT RIS FUNCTION |
| 20160177404 | Cannabis genomes and uses thereof |
| 20140342353 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20140335569 | Method Of Amplifying Nucleic Acid Sequences |
| 20140248610 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20140243232 | NUCLEIC ACID COMPLEXITY REDUCTION |
| 20140057251 | Cannabis Genomes and Uses Thereof |
| 20120191363 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20110257385 | METHODS FOR FLIP-STRAND IMMOBILIZING AND SEQUENCING NUCLEIC AC |
| 20110257019 | Directed Enrichment of Genomic DNA for High-Throughput Sequencing |
| 20110081687 | Enrichment Through Heteroduplexed Molecules |
| 20110077169 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20100298551 | Methods Of Producing And Sequencing Modified Polynucleotides |
| 20100297628 | Methods Of Producing And Sequencing Modified Polynucleotides |
| 20100297626 | Reagents, Methods, and Libraries for Bead-Based Sequencing |
| 20100285461 | Methods Of Producing And Sequencing Modified Polynucleotides |
| 20100121044 | SOLID PHASE TECHNIQUE FOR SELECTIVELY ISOLATING NUCLEIC ACIDS CLEIC ACID SEQUE |
| 20100120034 | METHYLATION ANALYSIS OF MATE PAIRS |
| 20100028888 | METHODS FOR PRODUCING A PAIRED TAG FROM A NU |
| 20090280540 | DIRECTED ENRICHMENT OF GENOMIC DNA FOR HIGH-THROUGHPUT SEQU |
| 20090191566 | Kits for Isolating Nucleic Acids Using Multifunctional Group-Coated Solid Phase Ca |
| 20090181860 | Reagents, methods, and libraries for bead-based sequencing |
| 20090181385 | Reagents, methods, and libraries for bead-based sequencing |
| 20090062129 | REAGENTS, METHODS, AND LIBRARIES FOR GEL-FREE BEAD-BASED SEQU |
| 20090036325 | Directed assembly of amplicons to enhance read pairing signature with massively p |
| 20080274466 | Enrichment Through Heteroduplexed Molecules |
| 20080003571 | Reagents, methods, and libraries for bead-based sequencing |
| 20070231823 | Directed enrichment of genomic DNA for high-throughput sequencing |
| 20070054285 | Method for isolating nucleic acids |
| 20070026438 | Methods of producing and sequencing modified polynucleotides |
| 20060177836 | Methods of isolating nucleic acids using multifunctional group-coated solid phase c |
| 20060078923 | Method for isolating nucleic acids |
| 20060024701 | Methods and reagents for the isolation of nucleic acids |
| 20060024681 | Methods for producing a paired tag from a nucleic acid sequence and methods of u |
| 20060003357 | Solid phase technique for selectively isolating nucleic acids |
| 20050072674 | Method and device for introducing a sample into an electrophoretic apparatus |
| 20040214175 | Solid phase technique for selectively isolating nucleic acids |

20040197780  Method for isolating nucleic acids
20030235839  Solid phase technique for selectively isolating nucleic acids

**Honors and Awards:**
1)Nominee- Aventis Innovative Investigator Award
2)Invitation to the Whitehouse, Human Genome Project Completion Celebration
3)Invitation to the House of Lords, Genomic Medicine
4)G35- Genome Technology, Most influential in Genomics under age 35
5)TR35 Nominee- MIT Technology Review
6)Beckman Coulter Game Ball- Most influential deal in Beckman Coulter in 2006
7)Most innovative patent of the year- Life Technologies 2008
8)Over a half dozen awards misdirected at me but really the ownership of the SOLiD team in Beverly, MA for the most innovative product in Nucleic Acid Sciences.