EXHIBIT 8

# INDEX OF EXHIBITS TO
# DECLARATION OF KEVIN MCKERNAN

**Exhibit 1**  Biography of Kevin McKernan

**Exhibit 2**  CV of Kevin McKernan

**Exhibit 3**  Borger Article

**Exhibit 4**  Liotti Article

**Exhibit 5**  Jefferson Article

**Exhibit 6**  Borry Article

**Exhibit 7**  CDC Covid-19 Pandemic Planning Scenarios